UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

America First Foundation,

                Plaintiff(s),

v.                                                  Case No. 2:24−cv−12684−DPH−DRG
                                                     Hon. Denise Page Hood

Clay Street Entertainment, LLC,

                Defendant(s),

## NOTICE TO APPEAR

You are hereby notified to appear before District Judge Denise Page Hood at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 218, Detroit, Michigan, for the following proceeding(s):

- SCHEDULING CONFERENCE:  February 3, 2025 at 10:00 AM

**ADDITIONAL INFORMATION:**   Joint Rule 26f Report due January 27, 2025

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                      By: s/L. Saulsberry
                                                            Case Manager

Dated:   January 13, 2025