**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

**AMERICA FIRST FOUNDATION,**

    **Plaintiff,**

**v.**

**CLAY STREET ENTERTAINMENT, LLC,**

    **Defendant.**
_____/

**CIVIL ACTION NO.: 24-12684**

**HON. DENISE PAGE HOOD**

## SCHEDULING ORDER

This case, having come before the Court pursuant to Rule 16(b)(1)(A) of the Federal Rules of Civil Procedure or Rule 16(b)(1)(B) status conference, the Court **ORDERS** the following schedule controlling the progress of this case:

**Initial Disclosures** must be exchanged by:      February 17, 2025

**Amendments to Pleadings or Joinder of Parties**
    must be filed by:      None anticipated

**Initial Witness List** must be exchanged by:      August 18, 2025

**Fact Discovery** must be completed by:      November 17, 2025

**Expert Discovery** must be completed by:      None noted
    If required, the parties shall submit a joint proposed order regarding expert discovery schedule.

**Alternative Dispute Resolution** referrals may be ordered under Local Rules 16.3 to 16.7. The parties may contact the Court *no later than the discovery deadline* for referral under any of the ADR procedures. The Scheduling Order continues to govern the case during the ADR process. See Local Rule 16.3(g).

**Referrals to the Magistrate Judge:** _____

**Motions (other than trial motions in limine)**
    **must be filed by:**      December 22, 2025
    Motion practice is governed by Local Rule 7.1 and Appendix CM/ECF.

**Final Pretrial Conference:**
1) A proposed *Joint* Final Pretrial Order (governed by Local Rule 16.2) must be submitted by and trial motions in limine must be filed by:     April 6, 2026
2) The **final pretrial conference** is set for:     April 14, 2026, 2:00 pm
3) Your client(s) or representative with full settlement authority **must** be present at the above conference.

**Trial** (Jury __ or Bench _X_) is set for:     May 12, 2026, 9:30 am
No. of Days: 2-3
1) The parties must exchange exhibits listed in the JFPTO prior to trial. Exhibits and witnesses not listed in the JFPTO will not be presented at trial.
2) The parties must confer on proposed jury instructions prior to trial and submit one joint agreed to jury instructions on the first day of trial.

**Other Requirements**:
1) The Local Rules/Appendix ECF (**www.mied.uscourts.gov** or the Clerk's Office for pro se litigants) and Federal Rules of Civil Procedures govern.
2) Submissions of proposed Orders are governed by Local Rules 5.2, 58.1 and Appendix CM/ECF.
3) A schedule may be modified only for good cause by leave of Court either through a Stipulation and Order submitted by the parties or, if no concurrence, by Motion. Fed. R. Civ. P. 16(b)(4); Local Rule 40.2.
4) Motions to seal documents used to support a motion, response, or reply or other matters on the record, must comply with Local Rule 5.3.

**Additional Matters: The Joint Rule 26(f) report is adopted, except as noted above.**

                          s/Denise Page Hood
                          Denise Page Hood, United States District Judge

Dated: February 5, 2025

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 5, 2025, by electronic and/or ordinary mail.

                          s/LaShawn R. Saulsberry
                          Case Manager