UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMERICA FIRST FOUNDATION,

        PLAINTIFF,        Case No. 24-cv-12684

-vs-        Hon. DENISE PAGE HOOD

CLAY STREET ENTERNTAINMENT, LLC,

        DEFENDANT,
_____/

## STIPULATION AND ORDER EXTENDING DISCOVERY CUTOFF

The parties, through undersigned counsel stipulate that the discovery deadline in the above captioned case should be extended from November 17, 2025, to March 17, 2026. The parties further stipulate that any dispositive motions should be filed by March 31, 2026.

        Respectfully Submitted,

| | |
|---|---|
| /s/ Kyle J. Bristow (w/consent) | /s/ Ben M. Gonek |
| Kyle J. Bristow (P77200) | Law Office of Ben Gonek, PLLC |
| P.O. Box 453 | 14290 Northline Rd. |
| St. Clair, MI 48079 | Southgate, MI 48195 |
| (T): (248) 838-9934 | (313) 963-3377 |
| (F): (586) 408-6384 | ben@goneklaw.com |
| (E): bristowlaw@gmail.com | |
| | /s/ James R. Gerometta |
| *Attorney for America First Foundation* | Law Office of James Gerometta, PLLC |
| | 27 E. Flint St. |
| | Suite 2 |

        Lake Orion, MI 48362
        (313) 530-9505
        james@geromettalaw.com

*Attorneys for Clay St. Entertainment, LLC*

Dated: November 17, 2025

## ORDER

Having reviewed the above stipulation, it is ordered that discovery in the above captioned case is due on March 17, 2026, and dispositive motions are now due on March 31, 2026. Any trial motions in limine must be filed and the proposed joint final pretrial order must be submitted by June 30, 2026. The final pretrial conference is reset to July 7, 2026, 2:30 p.m. and the Bench Trial is reset to August 4, 2026, 9:30 a.m.

        SO ORDERED.

        S/DENISE PAGE HOOD
        Honorable Denise Page Hood
        United States District Judge

Dated: November 18, 2025