# **EXHIBIT 1**
## **Affidavit of Jasiah Helm**

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| **AMERICA FIRST FOUNDATION,** | **Case No. 2:24-CV-12684-DPH-DRG** |
| Plaintiff, | |
| v. | **Hon. Denise Page Hood** |
| | **Mag. David R. Grand** |
| **CLAY STREET ENTERTAINMENT, LLC,** | |
| Defendant. | |

**BRISTOW LAW, PLLC**
Kyle J. Bristow (P77200)
P.O. Box 453
St. Clair, MI 48079
(T):  (248) 838-9934
(F):  (586) 408-6384
(E):  bristowlaw@gmail.com
*Attorney for America First Foundation*

**LAW OFFICE OF BEN GONEK, PLLC**
Ben M. Gonek (P43716)
14290 Northline Rd.
Southgate, MI 48195
(T):  (313) 963-3377
(F):  (313) 924-1284
(E):  ben@goneklaw.com
*Attorney for Clay Street Entertainment, LLC*

**LAW OFFICE OF JAMES GEROMETTA**
James R. Gerometta (P60260)
27 E. Flint St., Ste. 2
Lake Orion, MI 48362
(T):  (313) 899-7826
(E):  james@geromettalaw.com
*Attorney for Clay Street Entertainment, LLC*

## DECLARATION OF JASIAH HELM

STATE OF ILLINOIS    )
                           ) ss
COUNTY OF COOK    )

Before me, the undersigned Notary Public, on this 18th day of March, 2026, personally appeared Jasiah Helm, known to me on the basis of satisfactory evidence in the form of government-issued photographic identification to be said credible person of lawful age, who being by me first duly sworn, on his oath, deposes and says under penalty of perjury:

1. I am the chief of staff of America First Foundation, and I am authorized to act on its behalf.  I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could competently testify to the same.

2. America First Foundation is a 501(c)(4) non-profit corporation existing by and through the law of the State of Delaware.

3. America First Foundation is a politically right-of-center organization dedicated to crafting a new vision of the American nation, and it does so by championing the role of God in society and upholding the principles of nationalism, Christianity, and traditionalism.  It is led by Nicholas J. Fuentes and maintains a website at <https://americafirstfoundation.org/>.

4. Since being founded in 2020, until 2023 America First Foundation has annually hosted its America First Political Action Conference, which is an assembly of people who wish to hear presentations by speakers about political and cultural matters from the perspective of America First Foundation.  Other than Nicholas J. Fuentes, prior speakers of these conferences have included various patriotic conservative and right-wing speakers, such as author Michelle Malkin, journalist Scott Greer, former U.S. Congressman Steve King, U.S. Congressman Paul Gosar, U.S. Congresswoman Marjorie Taylor Green, former Maricopa County Sheriff Joe Arpaio, radio show host Jesse Lee Peterson, former Lieutenant Governor of Idaho Janice McGeachin, and Arizona State Representative Wendy Rogers.

5. On or about March 4, 2024, America First Foundation retained the services of Show Ready Technologies, Inc., a for-profit corporation

existing by and through the law of the State of Michigan, and which maintains a website at <https://showreadytech.com/>, to assist America First Foundation by acting as America First Foundation's agent to procure a venue for Plaintiff's 2024 America First Political Action Conference.

6. Show Ready Technologies, Inc. was authorized to act on behalf of America First Foundation as its booking agent and intermediary and had actual and apparent authority to communicate with Clay Street Entertainment, LLC, regarding the venue rental.

7. On March 15, 2024, at about 2:00 p.m., Nicholas J. Fuentes and I attended a walkthrough of the Russell Industrial Center with Kory Miller, who is the Director of Business Development for Show Ready Technologies, Inc., and Karen Addison, who was then the manager of the Russell Industrial Center and an agent or employee of Clay Street Entertainment, LLC.

8. During the March 15, 2024, walkthrough, Nicholas J. Fuentes was abundantly transparent about who he was, that America First Foundation is a conservative organization, and the nature of the planned event, insofar as Nicholas J. Fuentes did not want his time or America First Foundation's financial resources to be wasted if Clay Street Entertainment, LLC, was inclined to engage in political discrimination against America First Foundation.  Mr. Fuentes expressly identified himself and his affiliation with America First Foundation during this meeting.

9. During the March 15, 2024, walkthrough, neither Nicholas J. Fuentes nor I concealed our identities nor our intentions from Karen Addison. I personally heard Mr. Fuentes inform Ms. Addison that we were going to host an event for our nonprofit organization, America First Foundation, that it would feature conservative political speeches, and that it will be controversial.  Ms. Addison responded by saying something to the effect of the Russell Industrial Center does not care about the political positions of events, that the venue hosts events regardless of who the speaker is, and that it had previously hosted controversial events.

10. After Karen Addison informed Nicholas J. Fuentes and me that the Russell Industrial Center would allow our politically controversial event to occur, Ms. Addison gave us a tour of the venue. As we walked throughout the Russell Industrial Center and asked her various questions about capacity, power-capabilities, bar setups, and security, she advised us about the best approaches for handling entry security and pointed out the upper catwalk areas where security guards could be stationed, as well as options for stationing security guards outside the building. There was a clear understanding among Ms. Addison that because of the controversy surrounding the planned event and the public notoriety of Mr. Fuentes, security for Mr. Fuentes and our guests was of the utmost importance.

11. After the tour of the Russell Industrial Center occurred on March 15, 2024, Nicholas J. Fuentes, Kory Miller, Karen Addison, and I walked back into an office and discussed the rental of the venue.

12. Karen Addison did not whatsoever object to the nature of the event or America First Foundation's political ideology, and the rental request was approved by Ms. Addison, who was prepared to and in fact offered to provide a written rental agreement which could be signed that day. At all relevant times, Clay Street Entertainment, LLC, and its representatives understood that Show Ready Technologies, Inc., was acting on behalf of America First Foundation in booking the venue.

13. Clay Street Entertainment, LLC agreed to rent the venue for the event that Show Ready Technologies, Inc., was booking on behalf of America First Foundation, wherein approximately 40,000 square feet of the main floor of the Russell Industrial Center would be leased for a speaking engagement scheduled for June 15, 2024, at 9:00 p.m., through June 16, 2024, at 2:00 a.m., in exchange for Clay Street Entertainment, LLC, being financially compensated.

14. On April 3, 2024, a second walkthrough was conducted of the Russell Industrial Center, which was attended by Show Ready Technologies, Inc.'s Kory Miller, Paul James, and Deborah Kanter, Nicole Miller—America First Foundation's hired caterer—, Clay Street Entertainment, LLC's Karen Addison and Dwon Monson, and me. It was made palpably clear to Clay Street Entertainment, LLC's Karen Addison and

Dwon Monson that the rental of the Russell Industrial Center was for a speaking engagement of a political nature.

15. The purpose of the April 3, 2024, walkthrough was to meet with event staff, our event's caterer, and other people who would be involved with the production of the conference, and to work through the more specific details of the planned conference.  There was a clear understanding of everyone present that the event was going to be held on behalf of America First Foundation, and that Show Ready Technologies, Inc., was there in the capacity of being the production team and agent for America First Foundation to assist with the event.  During this meeting, we also discussed security arrangements due to the controversial nature of the planned event.

16. Throughout both the March 15, 2024, and April 3, 2024, walkthroughs of the Russell Industrial Center, I personally and repeatedly raised questions with Karen Addison about whether the controversial nature of the conference would be a problem.  Based upon past experience, I was anxious about potential issues with the venue, and in organizing this event and prior events, we had encountered venues that declined to host America First Foundation after learning about our political positions and the controversy which involves the same.  Each time I raised these concerns to Karen Addison, she assured me that it would not be an issue.

17. At no time during the March 15, 2024 walkthrough, the April 3, 2024 walkthrough, or during the subsequent planning of the event did Clay Street Entertainment, LLC, or any of its representatives indicate that the nature of the event, the identity of America First Foundation, or the identity of Nicholas J. Fuentes posed any issue that would prevent the event from taking place. To the contrary, Clay Street Entertainment, LLC, continued to plan for and coordinate the event, including being involved with discussions regarding security, stage construction, catering, and logistics for the conference.  These preparations continued for several months after Clay Street Entertainment, LLC, learned the identity of America First Foundation and the nature of the planned event.

18. At all times relevant to the rental of the Russell Industrial Center, Clay Street Entertainment, LLC, had actual knowledge that Deborah Kanter

and Show Ready Technologies, Inc., were not themselves going to use the Russell Industrial Center for a speaking engagement, but rather, that Deborah Kanter and Show Ready Technologies, Inc., were communicating with and entering into the rental agreement on behalf of America First Foundation.  Clay Street Entertainment, LLC, had actual knowledge that Show Ready Technologies, Inc., was acting on behalf of America First Foundation, including during the March 15, 2024 and April 3, 2024, walkthroughs where representatives of America First Foundation attended and discussed the event.

19. Starting June 12, 2024, America First Foundation's agents—including me—began preparing the Russell Industrial Center for the annual America First Political Action Conference.

20. On June 14, 2024, Detroit Police Department officers informed individuals present at the venue that anyone affiliated with Show Ready Technologies, Inc., or America First Foundation needed to leave the venue or be treated as trespassers.

21. I was intimately involved with planning the America First Foundation's annual conference at the Russell Industrial Center.  Approximately 1,500 people were expected to attend the conference, and America First Foundation incurred significant damages as a direct and proximate result of paying the costs associated with the event which did not happen at the Russell Industrial Center due to Clay Street Entertainment, LLC, cancelling it.  The following amounts were actually paid by America First Foundation and were incurred in preparation for the event at the Russell Industrial Center:

   a. America First Foundation paid $218,835.68 to Show Ready Technologies, Inc., for services and production-related costs, in addition to a processing fee of $1,921.25 associated with the payment—for a total of $220,756.93.

   b. America First Foundation paid $200,650.00 to Kristina's Catering, LLC, for food and beverages.

   c. America First Foundation paid $4,145.33 to <https://www.customlanyard.net/>, $1,173.00 to <https://www.vistaprint.com/>, $1,831.18 to



<https://www.stickermule.com/>, $11,842.32 to Inkwell Screen Printing & Embroidery, Inc., $6,022.60 to <https://doorstepprinting.com/>, and $479.32 to <https://www.bestofsigns.com/> for lanyards, pamphlets, stickers, t-shirts, and signs which were event-specific for the planned conference at the Russell Industrial Center.

d. America First Foundation paid $13,168.93 as processing fees associated with tickets purchased by would-be attendees of the conference.

e. America First Foundation paid $487.33 for U-Haul to transport material to the Russell Industrial Center.

22. In addition to the foregoing costs which America First Foundation in fact paid for the cancelled conference, America First Foundation is alleged to owe Show Ready Technologies, Inc., an additional $190,087.37 for services that have been rendered and for production-related costs. I have attached to this Affidavit a true and accurate copy of the demand letter we received from a law firm which represents Show Ready Technologies, Inc.

23. The last-minute cancellation of America First Foundation's rental of the Russell Industrial Center has directly and proximately resulted in America First Foundation incurring total damages of $650,644.31. These expenditures were made specifically in reliance on Clay Street Entertainment, LLC's agreement to host the event.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March ___18___, 2026.

Josiah Helm
*Affiant*

Subscribed and sworn to before me this __18th__ day of March, 2026.

_Derick Tremaine Brown Jr_

Notary Public

State of __IL__

County of __Cook__

My commission expires __04/24/29__

Acting in the County of __Cook__

"OFFICIAL SEAL"
DERICK TREMAINE BROWN JR
Notary Public, State of Illinois
Commission No. 1009141
My Commission Expires 04/24/2029

# <u>Exhibit 1</u>
# Demand for Payment to Show Ready Technologies, Inc. (Dated May 1, 2024)



**Joshua Kaplan**
**+ 248-712-1056(t)**
**JKaplan@DFKLawGroup.com**

**May 1, 2024**

Certified Mail, Return Receipt Requested

**Nicholas Fuentes**
**America First Foundation**
**125 S. Wacher Drive, Ste 300**
**Chicago, IL 60606**

**Re:     Demand for Payment to Show Ready Tech for Invoice 2712**

Dear Mr. Fuentes,

This letter is the notice of demand on behalf of Show Ready Tech regarding your outstanding balance of **$116,985.67**. Despite our numerous attempts to resolve this matter amicably, you have failed to fulfill your payment obligations and have stopped responding to our requests.

Your repeated promises of payment have not materialized, and it is imperative that you understand the seriousness of this situation, according to the Agreement between America First Foundation and Show Ready Tech, your failure to pay the full contract amount as agreed has resulted in the forfeiture of the discounted items valued at **$74,101.70**. Consequently, if this matter escalates to litigation, we will seek the total amount of **$190,087.37**.

To avoid the significant costs and complexities of litigation, this letter serves as formal notice that you must remit payment of **$116,985.67** in cash or certified funds to Show Ready Tech within **seven (7) days** from the date of this letter.

If we do not receive full payment within this timeframe, we will proceed with legal action to recover the total balance owed.

This is your final opportunity to resolve this matter without further consequences or fees owed.

Sincerely,

*Joshua Kaplan*
Joshua A. Kaplan
DIZIK | FABER | KAPLAN

370 E. MAPLE ROAD / BIRMINGHAM, MI 48009 / **D** +1 248.712.1056 / **E** JKaplan@DFKLawGroup.com
**DFKLAWGROUP.COM**