# <u>EXHIBIT 2</u>
# Defendant's April 30, 2025, Discovery Response

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMERICA FIRST FOUNDATION,

     PLAINTIFF,

-vs-

CLAY STREET ENTERTAINMENT, LLC,

     DEFENDANT.

Case No. 24-cv-12684

Hon. DENISE PAGE HOOD

---

KYLE J. BRISTOW (P77200)
BRISTOW LAW, PLLC
*Attorney for Plaintiff*
P.O. Box 453
St. Clair, MI 48079
(248) 838-9934
(586) 408-6384 (fax)
bristowlaw@gmail.com

BEN M. GONEK (P43716)
LAW OFFICE OF BEN GONEK, PLLC
*Attorney for Defendant*
14290 Northline Road
Southgate, MI 48195
(313) 963-3377
(313) 924-1284 (fax)
ben@goneklaw.com

JAMES R. GEROMETTA (P60260)
LAW OFFICE OF JAMES GEROMETTA
*Attorney for Defendant*
27 E. Flint Street, Ste. 2
Lake Orion, MI  48362
(313) 899-7826
james@geromettalaw.com

---

# DEFENDANT CLAY STREET ENTERTAINMENT, LLC'S RESPONSES TO PLAINTIFF AMERICA FIRST FOUNDATION'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

Page 1 of 108

Defendant, CLAY STREET ENTERTAINMENT, LLC, by and through its counsel, BEN GONEK and JAMES GEROMETTA, hereby submits the following Responses to Plaintiff's First Request for Production of Documents, as follows:

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 1:** Produce a true and accurate copy of any and all documents – as this term is defined *supra* – Success Strategies Unlimited, Inc. (d/b/a Show Ready Technologies, Inc.) and/or its agents or employees sent to or received from Defendant and/or its agents or employees – including those who work for or at the Russell Industrial Center- anytime on or after March 4, 2024.  This request includes, but is not limited to, written communications - such as letters, emails, facsimile, and text message correspondence, voicemail recordings, contracts/agreements, invoices, price quotes, and receipts for payment.

**ANSWER:  A copy of all responsive documents is enclosed**.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 2**:  Produce a true and accurate copy of any and all emails sent to or from the email address of therueeseeldetroit@mail.com anytime on or after March 4, 2024, which contain any of the following terms anywhere in the text block or subject line: "Fuentes," "America First Foundation," "AFP," "Show Ready," "June 15," "June 15th," "Kanter," "racist," Nazi," "hate," and/or "white supremacist."

**ANSWER:  A copy of all responsive documents not already includes in Response No. 1 are enclosed.  One document was withheld as privileged. It is an email between a Clay Street Entertainment employee and attorney Ben Gonek sent after this lawsuit was filed.**

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 3**:  Produce a true and accurate copy of any and all documents – as this term is defined *supra* – Defendant and/or its agents or employees – including those who work for or at the Russell Industrial Center – sent to or received from PROSTAR Security anytime on or after March 4, 2024, which concerns security being provided for any prospective June 15, 2024, event at the Russell Industrial Center.  This request includes, but is not limited to, written communications – such as letters, emails, facsimile, and text message correspondence, voicemail recordings, contracts/agreements, invoices, price quotes, and receipts for payment.

2

**ANSWER:  A copy of all responsive documents is enclosed.**

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 4:**  Produce a true and accurate copy of any and all emails Defendant's agents or employees received from or sent to Karen Addison anytime on or after March 4, 2024, which contain any of the following terms anywhere in the text block or subject line: "Fuentes," "America First Foundation," "AFP," "Show Ready," "June 15," "June 15th," "Kanter," "racist," "Nazi," "hate," and/or "white supremacists."

**ANSWER:   No documents are attached.   Ms. Addison only sued the <therusselldetroit@gmail.com> email to communicate for work and with fellow employees so all responses would be included in Response No. 2.**

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 5**:  Produce a true and accurate copy of any and all emails Defendant's agents or employees received from or sent to Dwon Monson anytime on or after March 4, 2024, which contain any of the following terms anywhere in the text block or subject line: "Fuentes," "America First Foundation," "AFP," "Show Ready," "June 15," "June 15th," "Kanter," "racist," "Nazi," "hate," and/or "white supremacist."

**ANSWER:  No documents are enclosed.  Mr. Monson did not use an email for work and non co-workers had email communication with him.**

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 6**:  Produce a true and accurate copy of any and all emails Defendant's agents or employees received from or sent to Niko Matsamakis anytime on or after March 4, 2024, which contain any of the following terms anywhere in the text block or subject line" "Fuentes," "America First Foundation," "AFP," "Show Ready," "June 15," "June 15th," "Kanter," "racist," "Nazi," "hate," and/or "white supremacist."

**ANSWER:  A copy of all responsive documents not already included in Response No. 1 are enclosed.  One document was withheld as privileged. It is the same email referenced in Response No. 2**.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 7**:  Produce a true and accurate copy of any and all emails Defendant's agents or employees received from or sent to Karen Boswell anytime on or after March 4, 2024, which contain any of the following terms anywhere in the text block or subject line: "Fuentes," "America

First Foundation," "AFP," "Show Ready," "June 15," "June 15th," "Kanter," "racists," "Nazi," "hate," and/or "white supremacist."

**ANSWER:  No documents are attached. Ms. Boswell is the same person as Ms. Addison and there are no documents for the same reason.**

<u>REQUEST FOR PRODUCTION OF DOCUMENTS NO. 8:</u>  Produce a true and accurate copy of any and all emails Defendant's agents or employees received from or sent to Gary Mexicotte anytime on or after March 4, 2024, which contain any of the following terms anywhere in the text block or subject line: "Fuentes," "America First Foundation," "AFP," "Show Ready," "June 15," "June 15th," "Kanter," "racist," "Nazi," "hate," and/or "white supremacist."

**ANSWER:  There are no documents not included in Response No. 1.**

<u>REQUEST FOR PRODUCTION OF DOCUMENTS NO. 9</u>:  If Defendant maintains that Defendant never agreed to allow Success Strategies Unlimited, Inc. (d/b/a Show Ready Technologies, Inc.) and/or Plaintiff to rent space at the Russell Industrial Center for June 14 to 15, 2024, produce a true and accurate copy of any and all documents which corroborates Defendant's position of the same.

**ANSWER:  No documents can be found at this time.**

<u>REQUEST FOR PRODUCTION OF DOCUMENTS NO. 10</u>:  Produce a true and accurate copy of the June 14, 2024, letter Defendant describes in Defendant's Initial Disclosures ("June 14, 2024, letter of Clay Street Entertainment LLC canceling event due to fraud and misrepresentation.").

**ANSWER:  Documents are enclosed.**

<u>REQUEST FOR PRODUCTION OF DOCUMENTS NO. 11</u>:  If Defendant maintains that Defendant cancelled the June 15, 2024 event at issue in the instant civil action due to fraud or misrepresentation on the part of Show Ready and/or Plaintiff, produce a true and accurate copy of any and all documents which corroborates Defendant's position of the same.

**ANSWER:   Included in Response No. 1 correspondence. Specifically text between Clay Street and Show Ready.**

4

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 12**:  Produce a true and accurate copy of emails Defendant describes in Defendant's Initial Disclosures ("Emails from April-August 2024 between Defendant and Show Ready Technologies showing that the proposed contract and payment schedule were sent.").

**ANSWER:  Included in Response No. 1.**

Respectfully Submitted,

*/s/ Ben M. Gonek*
BEN M. GONEK (P43716)
Law Office of Ben Gonek, PLLC
14290 Northline Rd.
Southgate, MI 48195
(313) 963-3377
ben@goneklaw.com

*/s/ James R. Gerometta*
JAMES R. GEROMETTA (P60260)
Law Office of James Gerometta, PLLC
27 E. Flint St., Suite 2
Lake Orion, MI 48362
(313) 530-9505
james@geromettalaw.com

Dated: April 30, 2025

## **<u>CERTIFICATE OF SERVICE</u>**

Ben M. Gonek hereby states that on the 30th day of April 2025, he caused the foregoing *Defendant's Responses to Plaintiff's First Request for Production of Documents and this Certification of Service* to be served via Email Transmission and First Class Mail to Kyle J. Bristow, Bristow Law, PLLC, P.O. Box 453, St. Clair, MI 48079.

*/s/ Ben M. Gonek*
BEN M. GONEK

# RESPONSE NO. 1

 Outlook

Fwd: Deposit- ACH June 15, 2024 Event

From Gary Mexicotte <garyboydell19@gmail.com>
Date Mon 4/21/2025 11:32 AM
To    James Gerometta <James@geromettalaw.com>

---------- Forwarded message ---------
From: **Russell Event Center** <therusselldetroit@gmail.com>
Date: Sat, Mar 30, 2024 at 5:56 PM
Subject: Fwd: Deposit- ACH June 15, 2024 Event
To: Gary Mexicotte <garyboydell19@gmail.com>, Niko Matsamakis <mniko12@gmail.com>

---------- Forwarded message ---------
From: **Deborah Kanter** <deb@showreadytech.com>
Date: Sat, Mar 30, 2024 at 4:10 PM
Subject: Deposit- ACH June 15, 2024 Event
To: Karen Addsion <therusselldetroit@gmail.com>
Cc: Paul James <paul@showreadytech.com>, Kory Miller <kory@showreadytech.com>

Hi Karen,

Below is confirmation of the Deposit via ACH.  Please confirm receipt of this email and let me know when it is received on your end.  Please also forward an invoice noting the payment of the deposit to me.

To confirm our event date is Sat, June 15, 2024.  We may need two days of set up, Thur, June 13 and Fri, June 14, 2024 which we can discuss further during our site visit on Wed, April 3 at 10am..

As the agency/production company of record for our client, we are handling all payments to you directly on their behalf and we ask that information pertaining to fees only discussed with me or Paul James, VP/Director of Technology or Kory Miller Direct of Business Development.

| Payee | Send On | Deliver By | Amount | Memo | Confirmation |
|---|---|---|---|---|---|
| **Clay Street Entertainment** (*1928) Payee Code: 202 | 04/01/2024 | 04/03/2024 | $7,198.00 | dep ShowReady | 000019369 |
| **Total: $7,198.00** | | | | | |

We look forward to meeting you Wednesday and working with you on our event.

Kind regards,

Deborah  (Deb) Kanter

Owner / President

1-248-891-9955

Deb@ShowReadyTech.com

ShowReadyLive.com

ShowReadyTech.com



--
Assistant Event Manager
Russell Event Center
Phone: (313)782-4161
Box Office: (313)782-4168
Fax: (313)782-4169
http://therusselldetroit.com/

 **Outlook**

---

**Fwd: Russell Release Form**

---

**From** Niko Matsamakis <mniko12@gmail.com>

**Date** Thu 4/17/2025 1:39 PM

**To**   James Gerometta <James@geromettalaw.com>

📎 1 attachment (144 KB)
Show Ready Release.pdf;

---------- Forwarded message ---------
From: **Niko Matsamakis** <mniko12@gmail.com>
Date: Thu, Aug 1, 2024 at 3:11 PM
Subject: Russell Release Form
To: kory@showreadytech.com <kory@showreadytech.com>, Russell Event Center <therusselldetroit@gmail.com>

Kory,

Sorry this took much longer than expected to get to you.
Attached is the release form we would need signed to reimburse the deposit.

Thanks

--
Niko Matsamakis

## RELEASE

In consideration of the sum of **Seven Thousand One Hundred and Ninety Eight Dollars ($7,198.00)** , I hereby release Russell Industrial Center, Clay Street Entertainment, LLC and any other related entities and its owners, employees, agents, and representatives from any and all liability, actions or claims, legal or equitable, known and unknown, arising or accruing at any time prior to and through the date of this Release, which **SHOW READY TECHNOLOGIES** has or may have against **RUSSELL INDUSTRIAL CENTER, CLAY STREET ENTERTAINMENT, LLC** or any other related entities and its owners, employees, agents, and representatives, including without limitation any and all claims.

**RUSSELL INDUSTRIAL CENTER, CLAY STREET ENTERTAINMENT, LLC** hereby releases **SHOW READY TECHNOLOGIES** and its owners, employees, agents, and representatives from any and all liability, actions or claims, legal or equitable, known and unknown, arising or accruing at any time prior to and through the date of this Release,

    **The parties to this Release** understand that the reimbursement to be made under this Release represents the compromise of a disputed claim and payment is not to be construed as an admission of liability on the part of any of the above noted persons and corporate entities.

    The Parties to this Release shall not disclose any facts regarding the claim or the fact that a settlement exists and shall not disclose the monetary amount of the settlement to any third parties except the following: the Parties' respective tax advisors, accountants, attorneys, or as otherwise compelled by law.

    This Release constitutes the entire understanding between the Parties. The provisions of this Release are binding upon the heirs, executors, administrators, and successors of the parties.

Date of Execution :_____day of _____ , 2024

By_____

    , on behalf of **ShowReady Technologies**

_____

    , on behalf of
**Russell Industrial Center and Clay Street Entertainment, LLC and any other related entities.**

The foregoing instrument was acknowledged before me on this_____day of_____, 2024

_____

NOTARY PUBLIC, For the County of Wayne, State of Michigan
My Commission Expires:

📧 **Outlook**

---

**Fwd: Russell Expo Payment**

---

**From** Niko Matsamakis <mniko12@gmail.com>

**Date** Thu 4/17/2025 1:40 PM

**To** James Gerometta <James@geromettalaw.com>

---------- Forwarded message ---------
From: **Kory Miller** <kory@showreadytech.com>
Date: Wed, Apr 3, 2024 at 12:35 PM
Subject: Re: Russell Expo Payment
To: Gary Mexicotte <garyboydell19@gmail.com>
Cc: Niko Matsamakis <mniko12@gmail.com>

Thank you Gary!

Kory Miller

Director of Business Development

248-238-0802

Kory@ShowReadyTech.com

ShowReadyLive.com

ShowReadyTech.com

```
```

On Wed, Apr 3, 2024 at 12:10 PM Gary Mexicotte <garyboydell19@gmail.com> wrote:
Hi Kory,
This email serves as confirmation of your ACH payment of $7,198.00 to Clay Street Entertainment on 4/2/24.  We appreciate your business!

Thank you,
Gary

--

Niko Matsamakis

 **Outlook**

---

## Fwd: Russell Industrial

---

**From** Niko Matsamakis <mniko12@gmail.com>
**Date** Thu 4/17/2025 1:39 PM
**To** James Gerometta <James@geromettalaw.com>

📎 2 attachments (573 KB)
Show Ready Technologies Schedule A.xlsx; Show Ready Technologies Contract.docx;

---------- Forwarded message ---------
From: **Niko Matsamakis** <mniko12@gmail.com>
Date: Fri, Oct 11, 2024 at 12:54 PM
Subject: Fwd: Russell Industrial
To: Ben Gonek <ben@goneklaw.com>

---------- Forwarded message ---------
From: **Russell Event Center** <therusselldetroit@gmail.com>
Date: Sun, Jun 16, 2024 at 2:02 PM
Subject: Fwd: Russell Industrial
To: Niko Matsamakis <mniko12@gmail.com>

Assistant Event Manager
Russell Event Center
Phone: (313)782-4161
Box Office: (313)782-4168
Fax: (313)782-4169
http://therusselldetroit.com/

---------- Forwarded message ---------
From: **Russell Event Center** <therusselldetroit@gmail.com>
Date: Sun, Jun 16, 2024 at 10:27 AM
Subject: Fwd: Russell Industrial
To: <peggymadden@comcast.net>

Here's the actual emails


Assistant Event Manager
Russell Event Center
Phone: (313)782-4161
Box Office: (313)782-4168
Fax: (313)782-4169
http://therusselldetroit.com/



---------- Forwarded message ---------
From: **Russell Event Center** <therusselldetroit@gmail.com>
Date: Tue, Mar 19, 2024 at 7:31 PM
Subject: Re: Russell Industrial
To: Kory Miller <kory@showreadytech.com>



Hi Kory,

Attached you will find a copy of the estimate and contract , if you have any
questions please let me know.

Thank you!
Karen Addsion
313-727-6786


On Tue, Mar 19, 2024 at 1:52 PM Kory Miller <kory@showreadytech.com> wrote:
  Company Name- Show Ready Technologies
  Address- 3175 Ridgeway Ct, Commerce Charter Twp, MI 48390
  Load In: June 14 time? 8am- 10pm
  Event : June 15th start time 9am / end time? 2am
  How many guests are you expecting? 1500
  Open Bar or Cash Bar? TBD
  What type of event? Private Event/ Speaking engagement with seated dinner


  Kory Miller

  Director of Business Development

  248-238-0802

  Kory@ShowReadyTech.com

  ShowReadyLive.com

  ShowReadyTech.com

**Page 15 of 108**

On Tue, Mar 19, 2024 at 1:46 PM Russell Event Center <therusselldetroit@gmail.com> wrote:

Hi Kory,

It was great speaking with you, here's the information that I need from you so I can get you the estimate.

Company Name
Address
Load In: June 14th time?
Event : June 15th start time      /     end time?
How many guests are you expecting?
Open Bar or Cash Bar?
What type of event?

--
Assistant Event Manager
Russell Event Center
Phone: (313)782-4161
Box Office: (313)782-4168
Fax: (313)782-4169
http://therusselldetroit.com/

--
Assistant Event Manager
Russell Event Center
Phone: (313)782-4161
Box Office: (313)782-4168
Fax: (313)782-4169
http://therusselldetroit.com/

--
Niko Matsamakis

--
Niko Matsamakis

### Russell Event Center

Date Prepared: (DATE)     Estimate

**Event**     *Rental Rates*

**Date(s)**     *15-Jun-24*

*Show Ready Technologies*

| *Fee Schedule* | | *Total Fees* | |
|---|---|---|---|
| Rental | | $ | 6,500.00 |
| Load In | *Day Prior to Event June 14th* | $ | 1,000.00 |
| Load Out | *Immediately after* | $ | - |
| Utility | *ELECTRICAL* | $ | 500.00 |
| Event Security | *Estimate* | $ | 1,500.00 |
| Set Up/Clean Up | Day of Event | $ | 1,200.00  show day |
| After Event | Clean up trash removal | $ | 1,500.00 |
| Insurance | *Provided by Promoter* | | |
| Parking | *$20.00* | | |
| OPEN BAR | *$35.00 PER PERSON* | | |

*TOP SHELF $40.00 PER PERSON*

| | *TOTAL* | $ | 12,200.00 |
|---|---|---|---|
| | *18% TAX* | $ | 2,196.00 |
| | | $ | 14,396.00 |
| Non-Refundable Deposit | *50% Deposit* | $ | 7,198.00 |

Balance must be paid in full before load in

***Please Make Check Payable to Clay Street Entertainment, LLC***

## License Agreement
## Clay Street Entertainment LLC
## Detroit, Michigan

This Agreement is made between Clay Street Entertainment LLC, 1600 Clay, Detroit, Michigan (hereinafter designated as the "Licensor") and **Show Ready Technologies 3175 Ridgeway Ct, Commerce Charter Twp, MI 48390** (hereinafter designated as the "Licensee").

**WITNESETH:**

1. **Description.** The Licensor, in consideration of the monies to be paid and the covenants and agreements to be performed by the Licensee, does hereby license to Licensee the following described premises situated in Detroit, Michigan, and described as follows: approximately 40,000 sq. ft. on the main floor of Building 4 also known as the Exhibition Center.

2. **Term.** The term of the License shall begin on **June 15, 2024 9:00pm** and shall end on **June 16th 2:00am** **The** promoter will be responsible for the Schedule A fees.

3. **Fee.** The rental fee shall be **$6,500.00. Load In: June 14 time 8am- 10pm $1,000.00.**

4. **Schedule A Fees: Mean Red Productions is responsible for cleaning Fee during show and after, bartenders, barbacks, security, bar security.**

5. **Use and Occupancy.** Said premises during the continuance of this agreement shall be used and occupied for special event and for no other purpose or purposes without the written consent of the Licensor, and that the Licensee will not use the premises for any purpose in violation of any law, municipal ordinance or regulation, and that on any breach of this agreement the Licensor may at its option terminate this agreement forthwith and re-enter and repossess the premises. Licensee agrees to comply with all ordinances laws and regulations and shall hold licensor harmless for any liability arising out of licensee's noncompliance. The Productions shall consist of one (1) **Speaking Engagement** which shall be performed on **June 15, 2024,** the doors will open **doors 9p** and to end on **June 16, 2024 2:00am**. **The end time will be strictly enforced.**

6. **Insurance.** Licensee shall provide Licensor with a Certificate of insurance showing Licensor as additional insured. The Certificate shall provide for a written notice to the Licensor in the event of cancellation or material change of coverage. Throughout the term of this rental agreement, Lessee will maintain in force a public liability, property damage and personal injury insurance policy with limits of not less than One Million Dollars ($1,000,000.00) for each occurrence and with **Clay Street Entertainment LLC,** named on such policy as an additional insured.

7. **Licensee to Indemnify.** The Licensee agrees to indemnify and hold harmless the Licensor from any liability for damages to any person or property in, on or about said Leased premises from any cause whatsoever; and Licensee will procure and keep in effect during the term hereof liability and property,

damage insurance for the benefit of the Licensor in the sum of $1,000,000 per occurrence single combined limit.

8.  **Condition of Premises at Time of Agreement.** The Licensee further acknowledges that he has examined the said licensed premises prior to the making of this agreement, and knows the condition thereof, and that no representations as to the condition or state of repairs thereof have been made by the Licensor, or its agent, which are not herein expressed, and the Licensee hereby accepts the premises in their present condition at the date of the execution of this agreement.

9.  **Non-Liability for Injuries or Damage.** All personal property upon or in the premises shall be at the Licensee's sole risk and Licensor shall not be liable for any damage done to or loss of such property. Licensor shall not be liable for or on account of any injury or damage to persons or property caused by any patent or latent defect, structural or otherwise, in the construction or condition or lack of repair of the premises or of the building or any appurtenance thereof, or by or from plumbing, gas, water, steam or other pipes or sewerage, or by or from the use, misuse or disuse of the building or any part of appurtenance thereof by any other lessee or occupant, or by or from any act, omission or neglect of any such other licensee or occupant, or of owners or occupants of adjoining or contiguous properties, or caused in any manner whatsoever growing out of the past, present or future condition or use of the premises or the building or any part thereof, except in the case of willful neglect on the part of Licensee. Lessee shall indemnify and hold harmless Licensor from any loss, damage, claim of damage, liability or expense resulting from any claim of injury to persons or property upon the premises or arising from any occurrence causing injury to any person or property due to the condition of, or to the use, misuse or disuse by Lessee or any other person of the premises or any part or appurtenances thereof, or arising out of failure of Lessee in any respect to comply with the requirements or provisions of this agreement. Licensee shall be liable for any damage to persons or property or to the building caused by moving Licensee's property in or out of the building, by installation or removal of furniture, or caused by the careless, negligent, or improper conduct of the Lessee, its servants, employees, agents, visitors, or licensees.

10. **Notices.** Whenever under this agreement a provision is made for notice of any kind it shall be deemed sufficient notice and service thereof if such notice to the Licensee is in writing addressed to the Licensee at his last known Post Office address or at the premises and deposited in the mail with postage prepaid and if such notice to the Lessor is in writing addressed to the Lessor at 1600 Clay Avenue, Detroit, Michigan, and deposited in the mail with postage prepaid. Notice need be sent to only one Lessee where the Lessee is more than one person.

11. **Pronouns.** In this agreement, the word "he" shall be used as synonymous with the words "she", "it" and "they", and the word "his" synonymous with the words "her", "its" and "them".

12. **Binding Effect.** The covenants, conditions and agreements made and entered into by the parties hereto shall be binding on their respective heirs, successors, representatives and assigns.

13.   **Licensee** shall use and occupy only the premises described herein. Any use and occupancy by Licensee of areas other than the described premises, whether intentional or unintentional, shall, at the sole election of the Lessor, subject such outside premises to the terms and conditions of this agreement, the Licensee shall be charged and be liable for such use and occupancy of the additional premises including but not limited to rent, utilities, taxes and other charges at the rates provided for in this agreement during such use and occupancy. Failure of the Lessee to pay any charge hereunder shall be a default in the terms and conditions of this Agreement, and Licensor shall have all remedies provided herein. **Clay Street Entertainment LLC will receive 100% of parking and liquor sales.**

14.   Speaking Engagement will be responsible for the cost of cleanup, security, and utility fees. ( see schedule A)

15.   IN WITNESS WHEREOF, the parties have hereunto set their hands and seals the day and year first above written.

**LICENSEE: Show Ready Technologies**          **LICENSOR: Clay Street Entertainment, LLC**

_____                         _____
Signature                                        Signature

_____                         _____
Printed Name                                     Printed Name

_____                         _____
Title                                            Title

WITNESS
                                                 _____
                                                 Date

_____
Signature

_____
Title

_____
Date

 **Gmail**                                                              **Russell Events <theruselldetroit@gmail.com>**

## MetroTimes lauds Russell -- throwing out Nazi's
2 messages

**Blair McGowan** <blair@thecrofoot.com>                                   Wed, Jun 19, 2024 at 1:34 PM
To: Karen Addison <theruselldetroit@gmail.com>
Cc: Curtis Dalton <curtis@thecrofoot.com>, Dan mcgowan <dan@thecrofoot.com>, David Beuthin <david@thecrofoot.com>

https://www.metrotimes.com/news/white-nationalists-double-booted-from-detroit-venues-over-the-weekend-36563787?
utm_source=Detroit+Metro+Times+Newsletters&utm_campaign=31e0f1737a-EMAIL_CAMPAIGN_2024_06_19_
WeeklyIssue&utm_medium=email&utm_term=0_-7f1a0dfb5a-%5BLIST_EMAIL_ID%5D&mc_cid=
31e0f1737a&mc_eid=f229c8b285

**NICE JOB Nico, Karen**

Blair

cc Curtis, Dan, David

---

**Russell Event Center** <theruselldetroit@gmail.com>                        Wed, Jun 19, 2024 at 2:20 PM
To: Blair McGowan <blair@thecrofoot.com>

Thank you for your support!

Karen & Niko

[Quoted text hidden]
--
Assistant Event Manager
Russell Event Center
Phone: (313)782-4161
Box Office: (313)782-4168
Fax: (313)782-4169
http://theruselldetroit.com/

 Gmail

Russell Events <therusselldetroit@gmail.com>

---

## Re: Russell Event Stage Build Requirements

1 message

---

**Kory Miller** <kory@showreadytech.com>                                          Tue, Jun 4, 2024 at 2:47 PM
To: Russell Event Center <therusselldetroit@gmail.com>
Cc: Paul James <paul@showreadytech.com>, Deborah Kanter <deb@showreadytech.com>, "ArturoDjshadow@gmail.com"
<arturodjshadow@gmail.com>

Hi Karen,

Adding you to this email with confirmation of what I discussed with Arturo and building the stage/ taking it down.

Thank you,
\

Kory Miller

Director of Business Development

248-238-0802

Kory@ShowReadyTech.com

ShowReadyLive.com

ShowReadyTech.com



On Tue, Jun 4, 2024 at 8:41 AM Kory Miller <kory@showreadytech.com> wrote:

Arturo,

It was a pleasure speaking with you yesterday. Here are the requirements we will need for the stage.

6/12/24- 9am stage fully disassembled and out of way to allow load in
6/13/24- Stage fully assembled on opposite side of venue by 1pm
6/17/24- 9am stage fully disassembled to allow load out

As discussed, the total will be $1500 for this job. Please let me know if you have any questions.

Thank you,

Kory Miller

Director of Business Development

248-238-0802

Kory@ShowReadyTech.com

ShowReadyLive.com

ShowReadyTech.com



 **Gmail**

Russell Events <therusselldetroit@gmail.com>

---

## Questions from Show Ready

4 messages

---

**Kory Miller** <kory@showreadytech.com>                          Wed, May 22, 2024 at 4:07 PM
To: Russell Event Center <therusselldetroit@gmail.com>
Cc: Deborah Kanter <deb@showreadytech.com>, Paul James <paul@showreadytech.com>

Karen,

So nice to speak with you today.  As promised here are the items I had questions/ we discussed.

Bar-Cash bar for this event

Security- We will run pat-downs in the parking lot tent and guests will then move into the venue immediately to the right room to grab credentials

Bike-rack- If you can please provide how much of this you have on hand at the venue that we can utilize

Internet- If you can please provide the up and down speed along with the location in the venue that we are able to hardwire in

I think that should cover it for now!

Thank you,

Kory Miller

Director of Business Development

248-238-0802

Kory@ShowReadyTech.com

ShowReadyLive.com

ShowReadyTech.com



---

**Kory Miller** <kory@showreadytech.com>                          Tue, May 28, 2024 at 12:14 PM
To: Russell Event Center <therusselldetroit@gmail.com>
Cc: Deborah Kanter <deb@showreadytech.com>, Paul James <paul@showreadytech.com>

Hi Karen,

Putting this back to the top of your inbox. I know you are coming off a crazy weekend with Movement! I hope everything went smoothly. Please let me know when you can answer the questions we have.

Thank you,

Kory Miller

Director of Business Development

248-238-0802

Kory@ShowReadyTech.com

ShowReadyLive.com

ShowReadyTech.com



[Quoted text hidden]

---

**Kory Miller** <kory@showreadytech.com>                    Mon, Jun 3, 2024 at 1:01 PM
To: Russell Event Center <therusselldetroit@gmail.com>

Questions below.

Kory Miller

Director of Business Development

248-238-0802

Kory@ShowReadyTech.com

ShowReadyLive.com

ShowReadyTech.com



On Wed, May 22, 2024 at 4:07 PM Kory Miller <kory@showreadytech.com> wrote:
[Quoted text hidden]

---

**Russell Event Center** <therusselldetroit@gmail.com>            Tue, Nov 26, 2024 at 12:36 PM
To: Niko Matsamakis <mniko12@gmail.com>


Assistant Event Manager
Russell Event Center
Phone: (313)782-4161
Box Office: (313)782-4168
Fax: (313)782-4169
http://therusselldetroit.com/
[Quoted text hidden]

 **Gmail**

## Kristina's Catering/ Show Ready Tech

6 messages

**Kory Miller** <kory@showreadytech.com>    Tue, May 7, 2024 at 12:37 PM
To: Russell Event Center <therusselldetroit@gmail.com>, nicole@kristinascatering.com

Hi Karen!

I have added Nicole to this email from Kristina's Catering. They will be providing food for our upcoming event in June.

Nicole would like to do another site visit to firm up some logistics. If you can please coordinate with her so she can come by the space.

Thank you,

Kory Miller

Director of Business Development

248-238-0802

Kory@ShowReadyTech.com

ShowReadyLive.com

ShowReadyTech.com



**Russell Event Center** <therusselldetroit@gmail.com>    Tue, May 7, 2024 at 1:57 PM
To: Kory Miller <kory@showreadytech.com>
Cc: nicole@kristinascatering.com

Hi Kory,

I'm available Thursday May 15th 1pm, let me know if that works for you.

Thank you!
Karen Addison
[Quoted text hidden]
--
Assistant Event Manager
Russell Event Center
Phone: (313)782-4161
Box Office: (313)782-4168
Fax: (313)782-4169
http://therusselldetroit.com/

**Nicole Smith** <nicole@kristinascatering.com>    Tue, May 7, 2024 at 3:17 PM
To: Russell Event Center <therusselldetroit@gmail.com>
Cc: Kory Miller <kory@showreadytech.com>

Hi Karen:
Is there any way we could swing by tomorrow at say 1pm. I just need to measure a few things and walk the space one more time?
[Quoted text hidden]

---

**Russell Event Center** <therusselldetroit@gmail.com>                    Wed, May 8, 2024 at 12:24 PM
To: Nicole Smith <nicole@kristinascatering.com>

I have a big meeting @1pm today, I'll have one of the cleaners walk you through.
[Quoted text hidden]

---

**Nicole Smith** <nicole@kristinascatering.com>                    Wed, May 8, 2024 at 12:26 PM
To: Russell Event Center <therusselldetroit@gmail.com>

Sounds great, thank you! I chatted with Gary this morning and he had also offered. Appreciate you all! Looking forward to a great event in June
[Quoted text hidden]

---

**Russell Event Center** <therusselldetroit@gmail.com>                    Tue, Nov 26, 2024 at 12:36 PM
To: Niko Matsamakis <mniko12@gmail.com>

Assistant Event Manager
Russell Event Center
Phone: (313)782-4161
Box Office: (313)782-4168
Fax: (313)782-4169
http://therusselldetroit.com/

[Quoted text hidden]

 Gmail

Russell Events <therusselldetroit@gmail.com>

## Event Questions- Show Ready Technologies

5 messages

**Kory Miller** <kory@showreadytech.com>                                    Thu, Apr 4, 2024 at 9:20 AM
To: Won <wonwonmanson@gmail.com>, Niko Matsamakis <mniko12@gmail.com>, Russell Event Center
<therusselldetroit@gmail.com>

Good Morning Russel Team!


Bar Service:
How many servers will you provide?
Do you provide all garnishes?
Do you provide all glassware?

The contract has the event time of 9p - 2a.  We need this to be updated with doors opening at 4p.

What is the cost for adding  the additional day of set up for Thursday?

Can we place a tent in the parking lot?  Are there any restrictions?  Permits required? other. This would be in the area
through the doors into the courtyard like area.

What type of clean up, if any, do you provide prior to the event?

There's a parking fee of $20 p/ vehicle. Is this for "valet" or is there a parking fee for self parking?

Thank you,


Kory Miller

Director of Business Development

248-238-0802

Kory@ShowReadyTech.com

ShowReadyLive.com

ShowReadyTech.com



**Kory Miller** <kory@showreadytech.com>                                    Mon, Apr 8, 2024 at 5:06 PM
To: Won <wonwonmanson@gmail.com>, Niko Matsamakis <mniko12@gmail.com>, Russell Event Center
<therusselldetroit@gmail.com>

Hello Team,

Just some updates that we could please have on the contract. Thank you!

Event Sat, June 15, 2024.  Doors open:  4:30pm  / End June 16, 2024 2:00am

Load in/set up:  Thur, June 13 8am-10pm, Fri, June 14 8am - 10pm

Thank you,

Kory Miller

Director of Business Development

248-238-0802

Kory@ShowReadyTech.com

ShowReadyLive.com

ShowReadyTech.com



[Quoted text hidden]

---

**Russell Event Center** <therusselldetroit@gmail.com>                     Tue, Apr 9, 2024 at 12:11 PM
To: Kory Miller <kory@showreadytech.com>
Cc: Won <wonwonmanson@gmail.com>, Niko Matsamakis <mniko12@gmail.com>

Hi Kory,

I'm back from vacation, sorry about the delay, If you have any other questions please let me know. ☺

Bar Service:
How many servers will you provide? 20 bar servers
Do you provide all the garnishes? No, If you want garnishes it will be an additional charge.
Do you provide all the glassware? I'll check on ordering nice plastic wear.

The contract has the event time of 9p - 2a.  We need this to be updated with doors opening at 4p. No problem

What is the cost for adding  the additional day of set up for Thursday? $1,000.00

Can we place a tent in the parking lot?  Yes Are there any restrictions? No Permits required? No other. This would be in the area through the doors into the courtyard like area.

What type of clean up, if any, do you provide prior to the event? Yes

There's a parking fee of $20 p/ vehicle. Yes  Is this for "valet" or is there a parking fee for self parking? Self Park

[Quoted text hidden]
--
Assistant Event Manager
Russell Event Center
Phone: (313)782-4161
Box Office: (313)782-4168
Fax: (313)782-4169
http://therusselldetroit.com/

---

**Kory Miller** <kory@showreadytech.com>                     Wed, Apr 10, 2024 at 9:44 AM
To: Russell Event Center <therusselldetroit@gmail.com>
Cc: Niko Matsamakis <mniko12@gmail.com>, Won <wonwonmanson@gmail.com>

Thank you, Karen. I will reach out with any additional questions. We are firming up bar options, hopefully by this week or next week.

Kory Miller

Director of Business Development

248-238-0802

Kory@ShowReadyTech.com

ShowReadyLive.com

ShowReadyTech.com



[Quoted text hidden]

---

**Russell Event Center** <therusselldetroit@gmail.com>                     Wed, Apr 10, 2024 at 11:34 AM
To: Kory Miller <kory@showreadytech.com>
Cc: Niko Matsamakis <mniko12@gmail.com>, Won <wonwonmanson@gmail.com>

Hello Kory,

I'll be looking forward to hearing from you.

Have a great week!
Karen Addison

 Gmail

Russell Events <theruselldetroit@gmail.com>

**Deposit- ACH June 15, 2024 Event**

4 messages

---

**Deborah Kanter** <deb@showreadytech.com>                                    Sat, Mar 30, 2024 at 4
To: Karen Addsion <theruselldetroit@gmail.com>
Cc: Paul James <paul@showreadytech.com>, Kory Miller <kory@showreadytech.com>

Hi Karen,

Below is confirmation of the Deposit via ACH.  Please confirm receipt of this email and let me know when it is received on your end.  Please also forward an invoice noting the payment of the deposit to me.

To confirm our event date is Sat, June 15, 2024.  We may need two days of set up, Thur, June 13 and Fri, June 14, 2024 which we can discuss further during our site visit on Wed, April 3 at 10am..

As the agency/production company of record for our client, we are handling all payments to you directly on their behalf and we ask that information pertaining to fees only discussed with me o Paul James, VP/Director of Technology or Kory Miller Direct of Business Development.

| Payee | Send On | Deliver By | Amount | Memo | Confirmation |
|---|---|---|---|---|---|
| Clay Street Entertainment (*1928) Payee Code: 202 | 04/01/2024 | 04/03/2024 | $7,198.00 | dep ShowReady | 000019369 |

Total: $7,198.00

We look forward to meeting you Wednesday and working with you on our event.

Kind regards,

Deborah  (Deb) Kanter

Owner / President

1-248-891-9955

Deb@ShowReadyTech.com

ShowReadyLive.com

ShowReadyTech.com



---

**Russell Event Center** <theruselldetroit@gmail.com>                          Sat, Mar 30, 2024 at 5:55 PM
To: Gary Mexicotte <garyboydell19@gmail.com>, Niko Matsamakis <mniko12@gmail.com>

[Quoted text hidden]
--
Assistant Event Manager
Russell Event Center
Phone: (313)782-4161
Box Office: (313)782-4168
Fax: (313)782-4169
http://theruselldetroit.com/

---

**Russell Event Center** <theruselldetroit@gmail.com>                          Sat, Mar 30, 2024 at 6:06 PM
To: Deborah Kanter <deb@showreadytech.com>, Niko Matsamakis <mniko12@gmail.com>
Cc: Paul James <paul@showreadytech.com>, Kory Miller <kory@showreadytech.com>

Hi Deborah,

I forward your information to the accounting department, I'll be out of town next week.
Please reach out to my assistance Dwon Manson @502-498-6522 he will assist you with the walk through and the  General Manager Niko Matsamakis can meet with you in regards to the open bar pricing 313-330-4543.

Thank you!
Karen Addison

[Quoted text hidden]
[Quoted text hidden]

---

**Russell Event Center** <therusselldetroit@gmail.com>                                                    Fri, Jun 14, 2024 at 3:17 PM
To: Niko Matsamakis <mniko12@gmail.com>


---------- Forwarded message ----------
From: **Deborah Kanter** <deb@showreadytech.com>
Date: Sat, Mar 30, 2024 at 4:10 PM
Subject: Deposit- ACH June 15, 2024 Event
To: **Karen Addsion** <therusselldetroit@gmail.com>
Cc: Paul James <paul@showreadytech.com>, Kory Miller <kory@showreadytech.com>


[Quoted text hidden]

[Quoted text hidden]

 Outlook

---

## Fwd: Russell Industrial Invoice 6/15/2024

---

**From** Russell Event Center <therusselldetroit@gmail.com>
**Date** Thu 4/17/2025 1:20 PM
**To**  James Gerometta <James@geromettalaw.com>

📎 1 attachment (15 KB)
Show Ready Technologies Schedule A.xlsx;

---------- Forwarded message ---------
From: **Russell Event Center** <therusselldetroit@gmail.com>
Date: Wed, Jun 12, 2024 at 11:39 AM
Subject: Russell Industrial Invoice 6/15/2024
To: Kory Miller <kory@showreadytech.com>

PROSTAR Security proposes the following rates for security services. These rates include all insurances, payroll, and payroll taxes for the employees. Prostar carries $5M in general liability coverage as well, and only requires a four-hour minimum shift.

Please review the following.

| | |
|---|---|
| Unarmed Security Officer | $23.50 per hour |
| Unarmed Security Supervisor | $25.50 per hour |
| Unarmed Event Manager | $27.50 per hour |

Proposed schedule provided by client.

June 15th, 2024, Corporate Event

4 Officers front door-330pm to 2am
2 Officers at the stage-330pm to 2am
1 officer at the smoking section-330pm to 2am
1 officer at the behind stage door-330pm to 2am
2 officers' roaming/relief-330pm to 2am
1supervisor-330pm to 2am

**Page 34 of 108**

Total Hours: Guard Hours 105.0 hrs. Supervisor 10.5 hrs.
Total Cost: $2,735.25


\-\-
Assistant Event Manager
Russell Event Center
Phone: (313)782-4161
Box Office: (313)782-4168
Fax: (313)782-4169
http://therusselldetroit.com/


\-\-
Assistant Event Manager
Russell Event Center
Phone: (313)782-4161
Box Office: (313)782-4168
Fax: (313)782-4169
http://therusselldetroit.com/

## Russell Event Center

|  |  |  |  |
|---|---|---|---|
| Date Prepared: (DATE) | Estimate | | |
| Event | *Rental Rates* | | |
| Date(s) | *15-Jun-24* | | |

### *Show Ready Technologies*

| *Fee Schedule* | | *Total Fees* | |
|---|---|---|---|
| Rental | | $ | 6,500.00 |
| Load In | *Day Prior to Event June 14th* | $ | 1,000.00 |
| Load Out | *Immediately after* | $ | - |
| Utility | *ELECTRICAL* | $ | 500.00 |
| Event Security | *Estimate* | $ | 2,735.25 |
| Set Up/Clean Up | Day of Event | $ | 1,600.00  show day |
| After Event | Clean up trash removal | $ | 1,500.00 |
| Insurance | *Provided by Promoter* | | |
| Parking | *$20.00* | | |
| OPEN BAR | *$35.00 PER PERSON* | | |
| | *TOP SHELF $40.00 PER PERSON* | | |
| | *TOTAL* | $ | 13,835.25 |
| | *18% TAX* | $ | 2,493.00 |
| | | $ | 16,328.25 |
| Non-Refundable Deposit | *50% Deposit paid* | $ | 7,198.00 |
| | *Balance Due* | $ | 9,130.25 |

Balance must be paid in full before load in

***Please Make Check Payable to Clay Street Entertainment, LLC***



**1:56**  .ıl 5G 77

< 27  KC  korey >

Sounds good and if you would be so kind to answer the questions I sent an email about Karen thank you so much

I'm on vacation , what's t e question ?

1 Reply

Karen,

So nice to speak with you today.  As promised here are the items I had questions/ we

discussed.

Bar-Cash bar for this event

Security- We will run pat-downs in the parking lot tent and guests will then move into the venue immediately to the right room to grab credentials

Bike-rack- If you can please provide how much of this you have on hand at the venue that we can utilize

Internet- If you can please provide the up and down speed along with the location in the venue that we are able to hardwire in



 iMessage



Karen, is this room



Tue, Jun 4 at 12:34 PM





**1:58** .ıl 5G 76

< 29   KC   korey >

We want the Internet backstage

Wed, Jun 5 at 5:13 PM

I have a client that asked to do a buy out June 15th. I know FYI

Thu, Jun 6 at 10:26 AM

Hey Karen, did the guy from Internet get back to you?

you?

give me a minute

I spoke with him, he has his own wire. $250.00 is his fee.

But if we supply the wire,

iMessage



**1:58** · · ·📶 5G 76

KC

korey >

~~I spoke with him, he has~~ his own wire. $250.00 is his fee.

But if we supply the wire, would it be cheaper or is it gonna be 250 bucks no matter what

So I'm guessing the 250 is for labor installation

Let's just roll with his wire and the $250 fee

also most done in a staff





1:59   .ıl 5G⁵c 76

‹ 29   KC   ⬜◗

korey ›

Not sure , that's a Niko question , it's after 5 nobody's at the building , I'll get back to you tomorrow

Copy. Copy

Tue, Jun 11 at 1:22 PM

Yes where the stage is now

OK, so there is a Internet plug-in for an ethernet

plug in for an ethernet there

I don't think we'll need your guy to run that cord for us if there's already an existing ethernet jack

Tue, Jun 11 at 2:26 PM





**2:00**  5G 76

29  KC

korey

> I'm still waiting for the security info, then I'll send you the bill.

> Question, do you think people will start drinking @4?

Let me find out

If we can have the bar rockin by 430 that'll be perfect





2:02   .ıll 5G⁵꜀ 75

< 29   KC

korey >

Thu, Jun 13 at 11:27 PM

now ???

👍 Like      💬 Comment      ⊘ Send

😮 1

Top comments ∨

**Eric Geiner**
Ooooo.  Is it church militant from Ferndale, or formerly from Ferndale??
2h   Like   Reply

**Zack Padron**
Eric Geiner they way u asked that is like u wanna go to a white nationalist meeting 💀 🫨
1h   Like   Reply

Write a reply...

**Zack Padron**
They must not known what the russel was that's insane, that the Russel would



even host that kind of event

This is disturbing .

Who's the guest? Are we going to have issues?

11:28



Tenants of the Russell Industrial Center
Ian Zapico · 3h · 

Zack Padron
Wouldn't mind some "peaceful" protests



iMessage





**2:02**　　　　　　　　　　.ıl 5G⁵꜀ 75

‹ 29 　　　　　　　KC　　　　　　　☐◁

korey ›

Thu, Jun 13 at 11:27 PM

now ???

👍 Like　　　💬 Comment　　　📨 Send

😮 1

**Top comments** ⌄

**Eric Geiner**
Ooooo. Is it church militant from Ferndale, or formerly from Ferndale??

2h　Like　Reply

**Zack Padron**
Eric Geiner they way u asked that is like u wanna go to a white nationalist meeting 💀 🥴

1h　Like　Reply

Write a reply...

**Zack Padron**
They must not known what the russel was that's insane, that the Russel would



even host that kind of event

This is disturbing .

Who's the guest? Are we going to have issues?



11:28

Tenants of the Russell
Industrial Center
Ian Zapico · 3h ·

Zack Padron
Wouldn't mind some "peaceful"
protests


+

iMessage



1:57 · ... 5G 77



**Alonzo Tone Mitch**    now
I'm check and see that they sent it off but honestly I just...

Hey Karen, still have a couple questions for you. Can you give me a call sometime today?

👍

Ok, I'll call you around 1, getting myself together, had a 12hour event sat and sun.

Mon, Jun 3 at 1:10 PM





1:58  .ıll 5G⁰c 76

< 29   KC   🎥

korey >

Morning Karen, I hope you had a nice weekend. I had a question about parking is the lot behind the building the one behind where the stage usually is is that available for our guest to park during the event?

Mon, Jun 10 at 11:11AM

the parking behind the building is for staff and

production

Copy that's what I thought

What's the size on the bike rack Karen?

i'm not sure , I'll send you

+ iMessage



**Wed, Jun 12 at 12:16 PM**

I'll be right back

I headed out

I'll be back tomorrow morning

**Wed, Jun 12 at 3:24 PM**

Thank you!

Just wanna shoot Al a note as well



Thu, Jun 13 at 5:18 PM



Griot Music Lounge
66 E Forest



2:02     .ıll 5G 75

29     KC     ▭◁

korey >

No issues it's a private event. The group is America first. They are not having some nationalist convention like they are saying in this thread.

Social media is blowing up with this, someone in production told someone and it's spreading like wild flowers , how can we

address this so we don't have damage to the venue and loose our promoters. People are made ass hell, I thought is was a motivation speaker . This is getting scary

 iMessage



1:58

KC

korey >

Sounds good, there are a bunch of sizes I know that

yes

Also if you can provide us with the final invoice total we owe you. Thank you!









1:59

29

KC

korey >

Anyway, you could take a tape measure to one of those. I'm trying to figure out if it's 6 1/2 foot or 8 foot.

Thank you, Karen

I check when they guys return

You're the best

Mon, Jun 10 at 6:02 PM

Have a internet ?

There is already a jack that exists in the building right?

Not sure , that's a Niko question , it's after 5 nobody's at the building ,

 iMessage



**Mar 18, 2024 at 4:47 PM**

Kory@showreadytech.-com

**Mar 19, 2024 at 12:32 PM**

Load in 6/14, show 6/15 take down  6/16. Looking forward to seeing the rental agreement!

**Mar 19, 2024 at 6:50 PM**

**Sent back the info you requested. We would like to secure the venue by tomorrow morning if possible. Thank you Karen and have a good night.**





1:51 ...ll 5G⁵c 78

‹ 27  KC

korey ›

Received. Reviewing with team and will reach out tomorrow morning if we have any questions.

Thank you

Your welcome.

Mar 22, 2024 at 10:45 AM

How does 4/3/24 10am-12 look on your side for a site visit with my team



**Confirmed**

Awesome! I will let you know when I plan to stop by next week with the check. Have a great weekend Karen!

iMessage



iMessage
Mar 15, 2024 at 3:26 PM

Thanks again Karen. Pleasure meeting you!

We will have an answer by Wednesday at the latest

Thank you!

Mar 16, 2024 at 2:56 PM

We are a go for the rental. I will reach out late afternoon Monday to discuss details. Thank you again for the tour really looking forward to working with you for this event and many more in

 iMessage



Hey Karen, do you have an ACH option for the deposit? can probably initiate that transaction this weekend. If so, would just need to know your ACH details. Thank you and I hope the weekend is treating you well!

Apr 25, 2024 at 8:37 AM

Morning Karen, I had a few questions for you.

Could you give me a call sometime today?

Apr 25, 2024 at 10:08 AM

Good morning,
Yes I can call you around 11am.

 iMessage



Thu, May 9 at 9:27 AM

Hey Karen, just curious do you guys have any power issues with storms for example does the power go out quite often when there's bad storms? We were just curious if it makes sense for us to bring a back up generator for the event.

Tue, May 14 at 12:31 PM

**Hey Karen, just had a question on Internet. Can we hardwire in anywhere or is it just a wireless connection?**

Sent with Siri





Wed, Jun 12 at 9:39 AM

Do you happen to have the WiFi password you could share

I do, I thought you were coming at 11

I came early

Crew got here at 9 so I cam earlier

Across3224chime is that correct and is it ric expo?



It's not working for me for some reason can you please confirm the password?

 iMessage



**1:53**      5G 78

< 27     **KC**     ▭

korey >

we have hardwire, you my want to get some cables

Where do we hardwire In and what's the up and down speed?

Wed, May 29 at 12:50 PM

Hey Karen, any issue with us getting in June 12 instead of the 13th?

Wed, May 29 at 2:03PM

No problem

Sounds good and if you would be so kind to answer the questions I sent an email about

 iMessage

1:13   .ıll 5G⁰ 82

## New iMessage   Cancel

To: korey  coperate event

speaker . This is getting scary

Give me a call

Can u talk?

Fri, Jun 14 at 8:48 AM





**Read**



**1:12**

.ıll 5G℃ 83

# New iMessage

Cancel

To: korey  coperate event


They must not known what the russel was that's insane, that the Russel would even host that kind of event

This is disturbing .

Who's the guest? Are we going to have issues?



11:28

**Tenants of the Russell Industrial Center**
Ian Zapico · 3h · 📅

**Zack Padron**
Wouldn't mind some "peaceful" protests

3h   Like   Reply

**Zack Padron**
Kinda wanna make this go viral somehow but I need proof

3h   Like   Reply

 **Zack Padron**
Source? I was there a couple hours ago seen the generators but no idea what for

3h   Like   Reply

 **Zack Padron**
..... this is a joke....

3h   Like   Reply

 **Ian Zapico**
Author
Guy said "it's a motivation speaker having to do with 'freedom'" definitely something fascist lol

2h   Like   Reply

 **Ian Zapico**
Author
White nationalist convention* real low key .  I know some stage hands..

   **Comment as Niko Ma...**



**1:12**  ...ll 5G 83

## New iMessage   Cancel

To: korey  coperate event

Thu, Jun 13 at 11:27 PM



now ???

👍 Like      💬 Comment      Send

😮 1

Top comments ⌄

**Eric Geiner**
Ooooo.  Is it church militant from Ferndale, or formerly from Ferndale??

2h   Like   Reply

**Zack Padron**
Eric Geiner they way u asked that is like u wanna go to a white nationalist meeting 💀 🤭

1h   Like   Reply



**Zack Padron**
They must not known what the russel was that's insane, that the Russel would even host that kind of event

This is disturbing .

Who's the guest? Are we going to have issues?





To: korey  coperate event

No issues it's a private event. The group is America first. They are not having some nationalist convention like they are saying in this thread.

Social media is blowing up with this, someone in production told someone and it's spreading like

wild flowers , how can we address this so we don't have damage to the venue and loose our promoters. People are made ass hell, I thought is was a motivation speaker . This is getting

iMessage

# RESPONSE NO. 2

 **Outlook**

---

**Fwd: Form Submission - Event Inquiry**

---

**From** Russell Event Center <therusselldetroit@gmail.com>

**Date** Thu 4/17/2025 1:29 PM

**To**    James Gerometta <James@geromettalaw.com>

---------- Forwarded message ---------
From: **Squarespace** <form-submission@squarespace.info>
Date: Mon, Jun 17, 2024 at 12:27 AM
Subject: Form Submission - Event Inquiry
To: <therusselldetroit@gmail.com>

Sent via form submission from *Russell Industrial Center*

**Name:** Nate Higgers

**Email:** adolfhitler@gmail.com

**Details about the Event:** Fuck you jew owned shabbos goys. Snake behavior to cancel an event hours before it's supposed to start, typical jewish behavior.

Manage Submissions

Does this submission look like spam? Report it here.

--
Assistant Event Manager
Russell Event Center
Phone: (313)782-4161
Box Office: (313)782-4168
Fax: (313)782-4169
http://therusselldetroit.com/

 **Gmail**

**Russell Events <therusselldetroit@gmail.com>**

## Form Submission - Event Inquiry

14 messages

---

**Squarespace** <form-submission@squarespace.info>
Reply-To: jacksonpdoe1977@hmail.com
To: therusselldetroit@gmail.com

Sat, Jun 15, 2024 at 5:18 PM

Sent via form submission from *Russell Industrial Center*

**Name:** Jack Doe

**Email:** jacksonpdoe1977@hmail.com

**Details about the Event:** I can't wait to watch y'all get fucking destroyed legally. Breach of contract is no joke. You guys are going to be fucking destroyed and you will pay

Manage Submissions

Does this submission look like spam? Report it here.

---

**Squarespace** <form-submission@squarespace.info>
Reply-To: suckzionistcockwiger@aol.com
To: therusselldetroit@gmail.com

Sat, Jun 15, 2024 at 5:27 PM

Sent via form submission from *Russell Industrial Center*

**Name:** Tyrone Shekel

**Email:** suckzionistcockwiger@aol.com

**Details about the Event:** Why you commie Jew slave faggots block Fuentes

[Quoted text hidden]

---

**Squarespace** <form-submission@squarespace.info>
Reply-To: hug-animals@pm.me
To: therusselldetroit@gmail.com

Sat, Jun 15, 2024 at 5:53 PM

Sent via form submission from *Russell Industrial Center*

**Name:** Anon Mouse

**Email:** hug-animals@pm.me

**Details about the Event:** Why did you cancel? How do I get a refund for my plane ticket?

[Quoted text hidden]

---

**Squarespace** <form-submission@squarespace.info>
Reply-To: nlucier@gmail.com
To: therusselldetroit@gmail.com

Sat, Jun 15, 2024 at 6:02 PM

Sent via form submission from *Russell Industrial Center*

**Page 89 of 108**

**Name:** Nicole Lucier

**Email:** nlucier@gmail.com

**Details about the Event:** THANK YOU for standing up and saying no to taking money from white supremacists. As a Windsor native with family and friends still in Detroit, I am glad to know there are still some places we can count on to stand up for what's right.

[Quoted text hidden]

---

**Squarespace** <form-submission@squarespace.info>          Sat, Jun 15, 2024 at 6:25 PM
Reply-To: rachel@goop.org
To: therusselldetroit@gmail.com

Sent via form submission from *Russell Industrial Center*

**Name:** Rachel Chalmers

**Email:** rachel@goop.org

**Details about the Event:** Thanks for cancelling the America First PAC event. Fascism is bad. We had a whole war about it already

[Quoted text hidden]

---

**Squarespace** <form-submission@squarespace.info>          Sat, Jun 15, 2024 at 6:31 PM
Reply-To: johnprejeant1985@gmail.com
To: therusselldetroit@gmail.com

Sent via form submission from *Russell Industrial Center*

**Name:** John Prejeant

**Email:** johnprejeant1985@gmail.com

**Details about the Event:** Why did you all cancel AFPAC IV?

[Quoted text hidden]

---

**Squarespace** <form-submission@squarespace.info>          Sat, Jun 15, 2024 at 7:35 PM
Reply-To: dennisqueeffallinos@jew.com
To: therusselldetroit@gmail.com

Sent via form submission from *Russell Industrial Center*

**Name:** Dennis Keffallinos

**Email:** dennisqueeffallinos@jew.com

**Details about the Event:** I want to have an event at the RIC where we sue and tar and feather myself.

[Quoted text hidden]

---

**Squarespace** <form-submission@squarespace.info>          Sun, Jun 16, 2024 at 12:07 AM
Reply-To: goodolboy@tutanota.com
To: therusselldetroit@gmail.com

Sent via form submission from *Russell Industrial Center*

**Name:** America First

**Email:** goodolboy@tutanota.com

**Details about the Event:** How can anyone now expect you to follow through with bookings? You broke contract on a large event 1 day before it was to happen. Bad look. It would be poetic justice if an f-5 tornado touched down on your property. You are America Last.

[Quoted text hidden]

---

**Squarespace** <form-submission@squarespace.info>
Reply-To: keatoncondie@gmail.com
To: therusselldetroit@gmail.com

Sun, Jun 16, 2024 at 3:10 AM

Sent via form submission from *Russell Industrial Center*

**Name:** Ball Dragger

**Email:** keatoncondie@gmail.com

**Details about the Event:** I want to get a stage and talk about how much I hate Jewish influence in our government and media. And call out retarded people who cancel events trying to do that already.

[Quoted text hidden]

---

**Squarespace** <form-submission@squarespace.info>
Reply-To: JEWSWILLBURN@tt.com
To: therusselldetroit@gmail.com

Sun, Jun 16, 2024 at 3:13 AM

Sent via form submission from *Russell Industrial Center*

**Name:** YOU FUCKEDUP

**Email:** JEWSWILLBURN@TT.COM

**Details about the Event:** LOL FUCK YOU

YOULL FIND OUT WHAT HAPPENS WHEN YOU FUCK WITH AF BITCH

[Quoted text hidden]

---

**Squarespace** <form-submission@squarespace.info>
Reply-To: bpilars12@frontier.com
To: therusselldetroit@gmail.com

Sun, Jun 16, 2024 at 7:31 AM

Sent via form submission from *Russell Industrial Center*

**Name:** Brigette Pilarski

**Email:** bpilars12@frontier.com

**Details about the Event:** Hearing breech of contract was your reason for halting AFPAC convention. Care to share details. They are slamming your venue all over social media. Could really harm your business if you don't share your side.

[Quoted text hidden]

---

**Squarespace** <form-submission@squarespace.info>
Reply-To: james22@gmail.com
To: therusselldetroit@gmail.com

Sun, Jun 16, 2024 at 8:26 AM

Sent via form submission from *Russell Industrial Center*

**Name:** James Harwood

**Email:** james22@gmail.com

**Details about the Event:** Thank you for cancelling Fuentes's event. You did the right thing and you should be proud of yourselves!

[Quoted text hidden]

---

**Squarespace** <form-submission@squarespace.info>
Reply-To: email@email.com
To: therusselldetroit@gmail.com

Sun, Jun 16, 2024 at 7:09 PM

Sent via form submission from *Russell Industrial Center*

**Name:** john doe

**Email:** email@email.com

**Details about the Event:** yo why did you cancel nick fuentes?
faggot

[Quoted text hidden]

---

**Squarespace** <form-submission@squarespace.info>
Reply-To: adolfhitler@gmail.com
To: therusselldetroit@gmail.com

Mon, Jun 17, 2024 at 12:27 AM

Sent via form submission from *Russell Industrial Center*

**Name:** Nate Higgers

**Email:** adolfhitler@gmail.com

**Details about the Event:** Fuck you jew owned shabbos goys. Snake behavior to cancel an event hours before it's supposed to start, typical jewish behavior.

[Quoted text hidden]

# RESPONSE NO. 3

**O⬚** Outlook

---

**Fwd: Corporate Security Party Quote**

---

**From** Niko Matsamakis <mniko12@gmail.com>

**Date** Thu 4/17/2025 1:32 PM

**To**    James Gerometta <James@geromettalaw.com>

📎 1 attachment (168 KB)

The Russell Industrial Center Corporate Party Security Proposal .docx;

---------- Forwarded message ---------
From: **michael whittaker** <mike@prostarcams.com>
Date: Tue, Jun 11, 2024 at 4:53 PM
Subject: Corporate Security Party Quote
To: Niko Matsamakis <mniko12@gmail.com>

Niko,

Just got home from funeral.  Here you go.  Let me know we are a go.  All I added was a supervisor to manage the staff and help with breaks.  Also let me know when I can grab a check and that this is a go.

Thanks,

Mike

--
Michael C. Whittaker
mike@prostarcams.com
Direct  734.323.1679
Fax 888.632.3188

Prostar Cams Private Investigative Services, Covert Cameras and Tracking Services

<u>Prostar Professional Service Group, LLC</u>

--
Niko Matsamakis



**2023**
**Russell Industrial Center**
**Detroit, Michigan**

Prepared By:
Michael Whittaker
Prostar Professional Group,
LLC  27827 Woodward Ave
Berkley, Michigan 48072
Mobil Phone: 734-323-1679
E-mail: mike@prostarcams.com

Via Attachment to Electronic Mail

June 11, 2024

Attn: Mr. Niko

Email: mniko12@gmail.com

For: Event Security at the Russell Industrial Center

Dear Mr. Niko:

Thank you for the opportunity to present PROSTAR Security's capabilities regarding your upcoming security needs for the Russell Industrial Center in Detroit, Michigan.

We take pride in offering skilled and experienced Security Officers, Supervisors and Managers, who have years of experience providing exceptional services. Our security team provides security services for many high-profile events and clients in the Metropolitan Detroit area.

We are committed to providing the best value service possible, while containing costs where possible.

If you have any questions or concerns, please contact me directly at (734) 323-1679.

Sincerely,

Michael C. Whittaker

**Company Name:**     **Prostar Professional Group, LLC**
**Address Line 1:**     **27827 Woodward Ave**
**Address Line 2:**
**City:**     **Berkley**
**State/Province:**     **MI**
**Zip/Postal Code:**     **48072**
**Country:**     **USA**
**Web Site:**     **www.prostarprofessionals.com**

**Primary Sales Contact:**

**Full Name:**     **Michael Whittaker**
**Preferred Name:**     **Mike**
**Job Title:**
**Mailing Address:**     **6800 Roosevelt Ave, Unit 726**
**City:**     **Allen Park**
**State/Province:**     **MI**
**Zip/Postal Code:**     **48101**
**Phone:**     **248-310-0031**
**Fax:**     **888-632-3188**
**Mobile Phone:**     **734-323-1679**
**Email Address:**     **mike@prostarcams.com**

# PROSTAR SECURITY'S PRIMARY SERVICES

At Prostar, we take your security personally. We work with you, as a close partner, to ensure your property, staff and guests are secure every moment of every day — and night.

We're a company of industry leading professionals who completely understand the security issues facing companies and individuals today. And we offer a full range of services to ensure you're covered, from uniformed security officers, to event security and event staffing, to media and movie protection, personal protection, and more.

Please take a moment to learn about our company and our services.

- Uniformed Security Officers
- Event / Temporary Security
- Logistics
- Investigative Services
- Technology Services
- Protective Services
- Intelligence Services

# PROSTAR CERTIFICATIONS

**Diversity**

- PROSTAR Security is a female owned business.

# UNION PARTNERSHIPS

- PROSTAR has experience of seamlessly working with Unions when needed.

# Our Event Projects

The Aretha Franklin Amphitheater, The Detroit Grand Prix, Rocket Mortgage Classic, The Guild of Artists and Artisans, Event 360, The Fillmore, SAE World Congress, Electric Forest Festival, Royal Oak Music Theater, The Palace of Auburn Hills, DTE Music Theater, Eastern Michigan University's Convocation Center, COBO Hall, Arts Beats and Eats, Motown Winter Blast, The 90th PGA, The Ryder Cup, Major League Baseball's All Star Game, Super Bowl XL, NCAA Final Four, Clear Channel, Feld Motor Sports, The University of Michigan's Hill Auditorium, Red Bull Air Race, Movement Music Festival, Detroit International Jazz Festival, Warp Tour, Detroit Free Press Marathon and many more.

# Our Film and Media Projects

# ***More upon Request***

## Movie Projects

2001 8 Mile {universal Pictures} (Under RSIG Security group)
2004 The Island {DreamWorks} (Under RSIG Security group)
2006 Transformers {DreamWorks} (Under RSIG Security group)
2007 Semi Pro {New line Cinema} (Under RSIG Security group)
2007 Jumper {20th Century Fox} (Under RSIG Security group)
2008 Whip it {Babe Ruthless Productions} (Under RSIG Security group)
2008 Butterfly Effect-Revelation {after dark Films} (Under RSIG Security group)
2009 You don't Know Jack {Royal Oak Films LLC} (Under RSIG Security group)
2009 Vanishing on 7th Street {Vanishing Film LLC} (Under RSIG Security group)
2009 Red Dawn {Wolverine production Delaware LLC} (Under RSIG Security group)
2009 Little Murder {Cine Grande Films} (Under RSIG Security group)
2009 Game of Death {Game of Death Productions LLC} (Under RSIG Security group)
2009 Flipped {East of Doheny} (Under RSIG Security group)
2010 Vamps {Vamps LLC} (Under RSIG Security group)
2010 The Double {Agent Two LLC} (Under RSIG Security group)
2010 Transformers "Dark of the Moon" {DW Studios productions LLC} (Under RSIG Security group)
2010 Street Kings "Motor City" {Street Films} (Under RSIG Security group)
2010 Salvation Boulevard {Salvation Boulevard Film LLC} (Under RSIG Security group)
2010 S.W.A.T "Firefight" {Stage6 Films, Inc.} (Under RSIG Security group)
2010 Real Steel {DreamWorks LLC} (Under RSIG Security group)
2010 L.O.L "Laugh Out Loud" {LOL Productions LLC} (Under RSIG Security group)
2010 A Merry Harold and Kumar Christmas {Santa Stash LLC} (Under RSIG Security group)
2011 The Five-Year Engagement {Drunkin pig productions} (Under RSIG Security group)
2011 Have a little Faith {McGee Street Productions} (Under RSIG Security group)
2011 Freaky Deaky {Freaky Deaky Films LLC} (Under RSIG Security group)
2011 Alex Cross {TAC Productions LLC} (Under RSIG Security group)
2012 Only Lovers Left Alive {Bad blood Films} (Under RSIG Security group)
2013 "Lost River" formerly How to Catch a Monster {HTCM LLC}
2013 Division 19 {Division 19 production}
2013 It Follows {it will follow Productions}
2014 Grain {Tiger productions LLC}
2014 Batman v. Superman "Dawn of Justice "{Warner Bros/Crown City Productions}
2015 King Ripple {KR Productions} –Credited.
2015 Wolf Cried Boy {WKB Productions} – Credited.
2015 Marvel Dead Pool {20th Century Fox productions)

## TV Shows

2015 NBC Sports GRC Race - Detroit {NBC Productions} –Credited.
2015 NBC Sports Hartline's {NBC Productions} - Credited
2014 "A&E 48" - Pontiac / Detroit (Ceniflex Productions)
2013 ESPN Game Day "University of Michigan VS Notre Dame University Football" (ESPN Productions)
2013 Top Gear US Season 5 "Americas Biggest Cars Episode" (Sun never Sets Production LLC.}
2013 Extreme makeover "Weight loss edition" Plymouth Mich. episode {ABC Production}
2011 ESPN Game Day "University of Michigan Vs. Notre Dame Football" {ESPN Production} (Under RSIG Security group)
2011 ESPN Game Day "University of Michigan Vs. Ohio State Basketball" {ESPN Production} (Under RSIG Security group)
2007 ESPN Game Day "University of Michigan Vs. Ohio State Football" {ESPN Production} (Under RSIG Security group)

## Music Videos

2010 Daughtry "September "Music Video (Under RSIG Security)
2013 B.A.P "Badman" Music Video {Sunset productions} (Under Prostar Security Group)

## Commercials

2015 "Henry Ford Health System" (DBA Productions)
2015 "Nike 2015 Football Campaign" (Stink USA Productions)
2015 "Bounty Towel" Habana Avenue Productions)
2015 "GM Application" (Avalon Films)
2014 "Shinola Watch Company (Bees and Honey Productions NYC)
2014 "Jaguar Car Company (FP Creative Productions UK)
2014 "Cadillac ATS" (Avalon Films)
2014 "Citi Bank feat Detroit Lighting Program" (Table of content Productions LA)
2014" Cadillac XTS" (Coast to Coast Pictures)
2014 "Apple, I pad" (Park Pictures)
2014" Chrysler 200-Born Makers "(AMCI Global LLC)
2014 "Old Navy" (Unit 9 Films)
2014 "Henry Ford Health systems" (DBA worldwide)
2014 "Tesla Motor Group." (Avalon Films)
2014 "Ford Focus Commercial *Brazil Media* (SENTIMENTAL FILME)
2013 "Mustang Car Commercial" (Dark Spark Productions)
2013 "Chrysler made in Detroit" (Caviar Films)
2013 "American Express Detroit" (Wondros Global Films)
2013 "Russian Federation Hockey Team Commercial Featuring Pavel Datsuk"

(Red/Orange Productions)
2013 "Dodge 100th Anniversary for LA Auto Show" (Avalon Films)
2013 Chrysler "Christmas" Commercial (Aero Films)
2013 Henry Ford Hospital Sponsor for Detroit Lions 2013 Season. (Popcorn Productions)
2013 Toyota Rav4 commercial (Strider Productions)
2011 H&R Block (skunk productions L.L.C) (Under RSIG Security group)
2010 Dodge Ram Super Bowl commercial (Avalon Films) (Under RSIG Security group)
2010 US Marine Corp. Commercial Super bowl (Under RSIG Security group)

## TV Series

2015 USA Network Pilot {USA Network production}
2015 The Detroiters {Comedy Central Productions}
Hung {HBO Production} Season 1 2009, Season 2 2010, Season 3 2011(Under RSIG Security group)
2008 Prince of Motor City {ABC Production} (Under RSIG Security group)

# Our Cannabis Projects

Wayne Releaf, Lume Cannabis, Doghouse Cannabis, Hayat Cannabis, Pharmaco, Point3Farma, Pleasant Trees, Plan B, RGR Industries, Elope, and more.

# OUR Security Projects

Brose North America, Ground Effects, Quicken Loans, Compuware Corporation, Lear, Comer Holdings, Yazaki, The University of Michigan, Eastern Michigan University, Chrysler Corporation, Ford Motor Company and many more.

# ***More Upon Request***

# Proposal Pricing

PROSTAR Security proposes the following rates for security services. These rates include all insurances, payroll, and payroll taxes for the employees. Prostar carries $5M in general liability coverage as well, and only requires a four-hour minimum shift.

Please review the following.

| | |
|---|---|
| Unarmed Security Officer | $23.50 per hour |
| Unarmed Security Supervisor | $25.50 per hour |
| Unarmed Event Manager | $27.50 per hour |

Proposed schedule provided by client.

June 15th, 2024, Corporate Event

4 Officers front door-330pm to 2am
2 Officers at the stage-330pm to 2am
1 officer at the smoking section-330pm to 2am
1 officer at the behind stage door-330pm to 2am
2 officers' roaming/relief-330pm to 2am
1supervisor-330pm to 2am

Total Hours: Guard Hours 105.0 hrs. Supervisor 10.5 hrs.
Total Cost: $2,735.25

# RESPONSE NO. 6

 Gmail

Niko Matsamakis <mniko12@gmail.com>

## Fwd: Contact from Website - Russell Industrial Center

4 messages

**Russell Industrial** <ricleasing@gmail.com>
To: Niko Matsamakis <mniko12@gmail.com>

Tue, Nov 26, 2024 at 11:19 AM

--------- Forwarded message ---------
From: **Matthew Feehan** <matthewfeehan8@gmail.com>
Date: Tue, Nov 26, 2024 at 11:18 AM
Subject: Contact from Website - Russell Industrial Center
To: <ricleasing@gmail.com>

Fuck you faggot ass niggers.  Keep bending over for them.  Your boss is pussy trash.  Pass it on gopher

**Niko Matsamakis** <mniko12@gmail.com>
To: Russell Industrial <ricleasing@gmail.com>

Tue, Nov 26, 2024 at 12:14 PM

What on earth is this??
[Quoted text hidden]
--
Niko Matsamakis

**Russell Industrial** <ricleasing@gmail.com>
To: Niko Matsamakis <mniko12@gmail.com>

Tue, Nov 26, 2024 at 3:55 PM

This is the kind of emails I get every once in a while post Nick Fuentes.  Just thought you might like to know you're not the only little cuck running around here
[Quoted text hidden]

**Niko Matsamakis** <mniko12@gmail.com>
To: Russell Industrial <ricleasing@gmail.com>

Tue, Nov 26, 2024 at 4:36 PM

LOL
[Quoted text hidden]
--
Niko Matsamakis

# RESPONSE NO. 10

**Clay Street Entertainment LLC**

**1600 Clay Street**
**Detroit, MI 48211**

June 14th", 2024

## TO WHOM IT MAY CONCERN:

Due to the fraudulent, knowing misrepresentation as to the nature of the event scheduled to take place on June 15th, 2024 at The Russell Industrial Center Exhibition Center, **THE EVENT IS CANCELED.** The event is not appropriate for our facility and raises serious security concerns for the safety and well being of our guests, tenants and employees.

Upon removal of all personal property from the facility we can address the refund status of your deposit. The facility has expended extensive employee costs and material costs in anticipation of the event, which was characterized as a "corporate employee and speaking conference". Under no circumstances should your "guests" or invitees appear at the Russell on June 15th and if they do so they will be turned away and will be considered trespassers. The police are on alert.

Niko Matsamakis

Clay Street Entertainment LLC

The Russell Industrial Center