UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMERICA FIRST FOUNDATION,

                PLAINTIFF,          Case No. 24-cv-12684

-vs-                             Hon. DENISE PAGE HOOD

CLAY STREET ENTERTAINMENT,
LLC,

                DEFENDANT,

_____/

## <u>INDEX OF EXHIBITS</u>

A. Letter of Engagement between America First Foundation and Show Ready
B. License Agreement and Related Emails
C. Show Ready Invoice #2697
D. Emails Between Show Ready and Clay Street
E. Email of April 22, 2024, between Show Ready and America First