

**Deborah Kanter deb@showreadytech.com**

## Agreement & COI
1 message

**Deborah Kanter** <deb@showreadytech.com>                Tue, May 7, 2024 at 5:21 PM
To: therusselldetroit@gmail.com

Karen,

Attached is the COI as well as the signed agreement. Please countersign and return at your earliest convenience. We look forward to an exciting successful event!

Kind regards,

Deborah (Deb) Kanter

Owner / President

 1-248-891-9955

Deb@ShowReadyTech.com

ShowReadyLive.com ShowReadyTech.com



------------------------------------------------
**Russell Agr and COI.pdf**

5487K

## License Agreement
## Clay Street Entertainment LLC
## Detroit, Michigan

This Agreement is made between Clay Street Entertainment LLC, 1600 Clay, Detroit, Michigan (hereinafter designated as the "Licensor") and Show Ready Technologies 3175 Ridgeway Ct, Commerce Charter Twp, MI 48390 (hereinafter designated as the "Licensee").

### WITNESETH:

1. **Description.** The Licensor, in consideration of the monies to be paid and the covenants and agreements to be performed by the Licensee, does hereby license to Licensee the following described premises situated in Detroit, Michigan, and described as follows: approximately 40,000 sq. ft. on the main floor of Building 4 also known as the Exhibition Center.

2. **Term.** The term of the License shall begin on June 15, 2024 9:00pm, and shall end on June 16th 2:00am The promoter will be responsible for the Schedule A fees.

3. **Fee.** The rental fee shall be $6,500.00. Load In: June 14 time 8am- 10pm $1,000.00.

4. **Schedule A Fees: Mean Red Productions is responsible for cleaning Fee during show and after, bartenders, barbacks, security, bar security.**

5. **Use and Occupancy.** Said premises during the continuance of this agreement shall be used and occupied for special event and for no other purpose or purposes without the written consent of the Licensor, and that the Licensee will not use the premises for any purpose in violation of any law, municipal ordinance or regulation, and that on any breach of this agreement the Licensor may at its option terminate this agreement forthwith and re-enter and repossess the premises. Licensee agrees to comply with all ordinances laws and regulations and shall hold licensor harmless for any liability arising out of licensee's noncompliance. The Productions shall consist of one (1) Speaking Engagement which shall be performed on June 15, 2024, the doors will open doors 9p and to end on June 16, 2024 2:00am. The end time will be strictly enforced.

6. **Insurance.** Licensee shall provide Licensor with a Certificate of insurance showing Licensor as additional insured. The Certificate shall provide for a written notice to the Licensor in the event of cancellation or material change of coverage. Throughout the term of this rental agreement, Lessee will maintain in force a public liability, property damage and personal injury insurance policy with limits of not less than One Million Dollars ($1,000,000.00) for each occurrence and with **Clay Street Entertainment LLC,** named on such policy as an additional insured.

7. **Licensee to Indemnify.** The Licensee agrees to indemnify and hold harmless the Licensor from any liability for damages to any person or property in, on or about said Leased premises from any cause whatsoever; and Licensee will procure and keep in effect during the term hereof liability and property,

damage insurance for the benefit of the Licensor in the sum of $1,000,000 per occurrence single combined limit.

8.  **Condition of Premises at Time of Agreement.** The Licensee further acknowledges that he has examined the said licensed premises prior to the making of this agreement, and knows the condition thereof, and that no representations as to the condition or state of repairs thereof have been made by the Licensor, or its agent, which are not herein expressed, and the Licensee hereby accepts the premises in their present condition at the date of the execution of this agreement.

9.  **Non-Liability for Injuries or Damage.** All personal property upon or in the premises shall be at the Licensee's sole risk and Licensor shall not be liable for any damage done to or loss of such property. Licensor shall not be liable for or on account of any injury or damage to persons or property caused by any patent or latent defect, structural or otherwise, in the construction or condition or lack of repair of the premises or of the building or any appurtenance thereof, or by or from plumbing, gas, water, steam or other pipes or sewerage, or by or from the use, misuse or disuse of the building or any part of appurtenance thereof by any other lessee or occupant, or by or from any act, omission or neglect of any such other licensee or occupant, or of owners or occupants of adjoining or contiguous properties, or caused in any manner whatsoever growing out of the past, present or future condition or use of the premises or the building or any part thereof, except in the case of willful neglect on the part of Licensee. Lessee shall indemnify and hold harmless Licensor from any loss, damage, claim of damage, liability or expense resulting from any claim of injury to persons or property upon the premises or arising from any occurrence causing injury to any person or property due to the condition of, or to the use, misuse or disuse by Lessee or any other person of the premises or any part or appurtenances thereof, or arising out of failure of Lessee in any respect to comply with the requirements or provisions of this agreement. Licensee shall be liable for any damage to persons or property or to the building caused by moving Licensee's property in or out of the building, by installation or removal of furniture, or caused by the careless, negligent, or improper conduct of the Lessee, its servants, employees, agents, visitors, or licensees.

10. **Notices.** Whenever under this agreement a provision is made for notice of any kind it shall be deemed sufficient notice and service thereof if such notice to the Licensee is in writing addressed to the Licensee at his last known Post Office address or at the premises and deposited in the mail with postage prepaid and if such notice to the Lessor is in writing addressed to the Lessor at 1600 Clay Avenue, Detroit, Michigan, and deposited in the mail with postage prepaid. Notice need be sent to only one Lessee where the Lessee is more than one person.

11. **Pronouns.** In this agreement, the word "he" shall be used as synonymous with the words "she", "it" and "they", and the word "his" synonymous with the words "her", "its" and "them".

12. **Binding Effect.** The covenants, conditions and agreements made and entered into by the parties hereto shall be binding on their respective heirs, successors, representatives and assigns.

13. **Licensee** shall use and occupy only the premises described herein. Any use and occupancy by Licensee of areas other than the described premises, whether intentional or unintentional, shall, at the sole election of the Lessor, subject such outside premises to the terms and conditions of this agreement, the Licensee shall be charged and be liable for such use and occupancy of the additional premises including but not limited to rent, utilities, taxes and other charges at the rates provided for in this agreement during such use and occupancy. Failure of the Lessee to pay any charge hereunder shall be a default in the terms and conditions of this Agreement, and Licensor shall have all remedies provided herein. **Clay Street Entertainment LLC will receive 100% of parking and liquor sales.**

14. Speaking Engagement will be responsible for the cost of cleanup, security, and utility fees. ( see schedule A)

15. IN WITNESS WHEREOF, the parties have hereunto set their hands and seals the day and year first above written.

LICENSEE: **Show Ready Technologies**

Deborah Kanter
_____
**Signature**

Deborah Kanter
_____
**Printed Name**

President
_____
**Title**          5-2-24

**WITNESS**

_____
**Signature**

_____
**Title**

_____
**Date**

LICENSOR: Clay Street Entertainment, LLC

_____
**Signature**

_____
**Printed Name**

_____
**Title**

_____
**Date**



# CERTIFICATE OF LIABILITY INSURANCE

| | DATE (MM/DD/YYYY) |
|---|---|
| | 05/02/2024 |

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.  THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT:  If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement.  A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | | CONTACT NAME: | Brittany Rains | | |
|---|---|---|---|---|---|
| Brown & Brown Insurance Services, Inc. | | PHONE (A/C, No, Ext): (612) 758-8520 | | FAX (A/C, No): | |
| 901 Marquette Ave | | E-MAIL ADDRESS: Brittany.Rains@bbrown.com | | | |
| Suite 1800 | | | | | |
| Minneapolis | MN 55402 | INSURER(S) AFFORDING COVERAGE | | | NAIC # |
| | | INSURER A : Allianz SE | | | |
| **INSURED** | | INSURER B : | | | |
| Success Strategies Unlimited, Inc. | | INSURER C : | | | |
| Show Ready Technologies, Inc. | | INSURER D : | | | |
| 1865 Falls Pointe Lane STE 100 | | INSURER E : | | | |
| Commerce Township | MI 48382 | INSURER F : | | | |

## COVERAGES     CERTIFICATE NUMBER:    23/24     REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED.  NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | ☒ COMMERCIAL GENERAL LIABILITY<br>☐ CLAIMS-MADE ☒ OCCUR<br><br>GEN'L AGGREGATE LIMIT APPLIES PER:<br>☒ POLICY ☐ PRO-JECT ☐ LOC<br>☐ OTHER: | Y | | UST002591220 | 11/01/2023 | 11/01/2024 | EACH OCCURRENCE | $ 1,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 100,000 |
| | | | | | | | MED EXP (Any one person) | $ 10,000 |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | | | | | | | PRODUCTS - COMP/OP AGG | $ 1,000,000 |
| | | | | | | | | $ |
| | **AUTOMOBILE LIABILITY**<br>☐ ANY AUTO<br>☐ OWNED AUTOS ONLY ☐ SCHEDULED AUTOS<br>☐ HIRED AUTOS ONLY ☐ NON-OWNED AUTOS ONLY | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | ☐ UMBRELLA LIAB ☐ OCCUR<br>☐ EXCESS LIAB ☐ CLAIMS-MADE<br>☐ DED ☐ RETENTION $ | | | | | | EACH OCCURRENCE | $ |
| | | | | | | | AGGREGATE | $ |
| | | | | | | | | $ |
| A | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? ☐ Y/N: N<br>(Mandatory in NH)<br>If yes, describe under DESCRIPTION OF OPERATIONS below | | N/A | SCW0203752101 | 11/01/2023 | 11/01/2024 | ☒ PER STATUTE ☐ OTH-ER | |
| | | | | | | | E.L. EACH ACCIDENT | $ 1,000,000 |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ 1,000,000 |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ 1,000,000 |
| A | Rented Equipment | | | UST002608220 | 11/01/2023 | 11/01/2024 | Limit<br>Deductible | $152,754<br>$2,500 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)

Clay Street Entertainment LLC are additional insured as respects general liability policy where required by written contract, subject to the policy(s) terms and conditions.

The additional insured is loss Payee as respects to rented equipment, subject to policy terms and conditions.

Event dates: June 11 - June 19, 2024

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| <br>Clay Street Entertainment LLC<br>1600 Clay Street<br><br>Detroit                MI  48211 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.<br><br>AUTHORIZED REPRESENTATIVE<br>*[signature]* |

© 1988-2015 ACORD CORPORATION.  All rights reserved.

ACORD 25 (2016/03)     The ACORD name and logo are registered marks of ACORD

## Additional Named Insureds

Other Named Insureds

| | |
|---|---|
| DBA Show Ready Technologies | Doing Business As |
| Show Ready Technologies | Doing Business As |

OFAPPINF (02/2007)                                                                 **COPYRIGHT 2007, AMS SERVICES INC**



Deborah Kanter <deb@showreadytech.com>

## Re: Deposit- ACH June 15, 2024 Event
1 message

**Russell Event Center** <therusselldetroit@gmail.com>                                                                   Sat, Mar 30, 2024 at
To: Deborah Kanter <deb@showreadytech.com>, Niko Matsamakis <mniko12@gmail.com>
Cc: Paul James <paul@showreadytech.com>, Kory Miller <kory@showreadytech.com>

Hi Deborah,

I forward your information to the accounting department, I'll be out of town next week.
Please reach out to my assistance Dwon Manson @502-498-6522 he will assist you with the walk through and the  General Manager Niko Matsamakis can meet with y
regards to the open bar pricing 313-330-4543.

Thank you!
Karen Addison

On Sat, Mar 30, 2024 at 4:10 PM Deborah Kanter <deb@showreadytech.com> wrote:
Hi Karen,

Below is confirmation of the Deposit via ACH.  Please confirm receipt of this email and let me know when it is received on your end.  Please also forward an invoice noting the payment of th
deposit to me.

To confirm our event date is Sat, June 15, 2024.  We may need two days of set up, Thur, June 13 and Fri, June 14, 2024 which we can discuss further during our site visit on Wed, April 3 at
10am..

As the agency/production company of record for our client, we are handling all payments to you directly on their behalf and we ask that information pertaining to fees only discussed with me
Paul James, VP/Director of Technology or Kory Miller Direct of Business Development.

| Payee | Send On | Deliver By | Amount | Memo | Confirmation |
|---|---|---|---|---|---|
| Clay Street Entertainment (*1928) Payee Code: 202 | 04/01/2024 | 04/03/2024 | $7,198.00 | dep ShowReady | 000019369 |

**Total: $7,198.00**

We look forward to meeting you Wednesday and working with you
on our event.

Kind regards,

Deborah  (Deb) Kanter

Owner / President

1-248-891-9955

Deb@ShowReadyTech.com

ShowReadyLive.com

ShowReadyTech.com



--
Assistant Event Manager
Russell Event Center
Phone: (313)782-4161
Box Office: (313)782-4168
Fax: (313)782-4169
http://therusselldetroit.com/



Deborah Kanter <deb@showreadytech.com>

## Fwd: Russell Expo Payment

1 message

**Kory Miller** <kory@showreadytech.com>                                            Mon, Apr 8, 2024 at 4:51 PM
To: Deborah Kanter <deb@showreadytech.com>

Here is the acknowledgement of the deposit. Karen is out until tomorrow. She will be handling any of the updated
Contract specifications and will be able to answer the questions we had.

Kory Miller

Director of Business Development

248-238-0802

Kory@ShowReadyTech.com

ShowReadyLive.com

ShowReadyTech.com



---------- Forwarded message ---------
From: **Gary Mexicotte** <garyboydell19@gmail.com>
Date: Wed, Apr 3, 2024 at 12:10 PM
Subject: Russell Expo Payment
To: kory@showreadytech.com <kory@showreadytech.com>
CC: Niko Matsamakis <mniko12@gmail.com>

Hi Kory,
This email serves as confirmation of your ACH payment of $7,198.00 to Clay Street Entertainment on 4/2/24. We
appreciate your business!

Thank you,
Gary



**Deborah Kanter <deb@showreadytech.com>**

## Fwd: Event Questions- Show Ready Technologies
1 message

**Kory Miller** <kory@showreadytech.com>
To: Deborah Kanter <deb@showreadytech.com>, Paul James <paul@showreadytech.com>

Tue, Apr 9, 2024 at 12:49 PM

Below from The Russel

Kory Miller

Director of Business Development

248-238-0802

Kory@ShowReadyTech.com

ShowReadyLive.com

ShowReadyTech.com



---------- Forwarded message ---------
From: **Russell Event Center** <therusselldetroit@gmail.com>
Date: Tue, Apr 9, 2024 at 12:11 PM
Subject: Re: Event Questions- Show Ready Technologies
To: Kory Miller <kory@showreadytech.com>
CC: Won <wonwonmanson@gmail.com>, Niko Matsamakis <mniko12@gmail.com>


Hi Kory,

I'm back from vacation, sorry about the delay, If you have any other questions please let me know.  😊

Bar Service:
How many servers will you provide? 20 bar servers
Do you provide all the garnishes? No, If you want garnishes it will be an additional charge.
Do you provide all the glassware? I'll check on ordering nice plastic wear.

The contract has the event time of 9p - 2a.  We need this to be updated with doors opening at 4p. No problem

What is the cost for adding  the additional day of set up for Thursday? $1,000.00

Can we place a tent in the parking lot?  Yes Are there any restrictions? No Permits required? No other. This would be in the area through the doors into the courtyard like area.

What type of clean up, if any, do you provide prior to the event? Yes

There's a parking fee of $20 p/ vehicle. Yes  Is this for "valet" or is there a parking fee for self parking? Self Park

#/

### Russell Event Center

| | | |
|---|---|---|
| Date Prepared: (DATE) | **Estimate** | |
| **Event** | **Rental Rates** | |
| **Date(s)** | **15-Jun-24** | |
| | **Show Ready Technologies** | |

| **Fee Schedule** | | **Total Fees** | |
|---|---|---|---|
| **Rental** | | $ | 6,500.00 |
| **Load In** | *Day Prior to Event June 14th* | $ | 1,000.00 |
| **Load Out** | *Immediately after* | $ | - |
| **Utility** | *ELECTRICAL* | $ | 500.00 |
| **Event Security** | *Estimate* | $ | 1,500.00 |
| **Set Up/Clean Up** | Day of Event | $ | 1,200.00   show day |
| **After Event** | Clean up trash removal | $ | 1,500.00 |
| **Insurance** | *Provided by Promoter* | | |
| **Parking** | *$20.00* | | |
| **OPEN BAR** | ***$35.00 PER PERSON*** | | |
| | ***TOP SHELF $40.00 PER PERSON*** | | |
| | *TOTAL* | $ | 12,200.00 |
| | **18% TAX** | $ | 2,196.00 |
| | | $ | 14,396.00 |
| **Non-Refundable Deposit** | *50% Deposit* | $ | 7,198.00 |

Balance must be paid in full before load in

*Please Make Check Payable to Clay Street Entertainment, LLC*

Rec 6-13-24   #2

## Russell Event Center

Date Prepared: (DATE)      **Estimate**

Event                    **Rental Rates**

Date(s)                   **15-Jun-24**

**Show Ready Technologies**

| Fee Schedule | | Total Fees | |
|---|---|---|---|
| **Rental** | | $ | 6,500.00 |
| **Load In** | *Day Prior to Event June 14th* | $ | 1,000.00 |
| **Load Out** | *Immediately after* | $ | - |
| **Utility** | *ELECTRICAL* | $ | 500.00 |
| **Event Security** | *Estimate* | $ | 2,735.25 |
| **Set Up/Clean Up** | *Day of Event* | $ | 1,600.00 show day |
| **After Event** | *Clean up trash removal* | $ | 1,500.00 |
| **Insurance** | *Provided by Promoter* | | |
| **Parking** | *$20.00* | | |
| **OPEN BAR** | **$35.00 PER PERSON** | | |
| | **TOP SHELF $40.00 PER PERSON** | | |
| | *TOTAL* | $ | 13,835.25 |
| | **18% TAX** | $ | 2,493.00 |
| | | $ | 16,328.25 |
| **Non-Refundable Deposit** | *50% Deposit paid* | $ | 7,198.00 |
| | **Balance Due** | **$** | **9,130.25** |

Balance must be paid in full before load in

*Please Make Check Payable to Clay Street Entertainment, LLC*