

**Show Ready Technologies, Inc.**

1865 Falls Pointe Lane, Ste. 100
Commerce Twp, MI  48382   USA
1-888-651-5411

# Invoice

| Date | Invoice # |
|---|---|
| 5/23/2024 | 2697 |

Bill To

America First Foundation
Nick Fuentes
125 S. Wacker Dr
Ste 300
Chicago, IL  60606

| P.O. Number | Terms | Due Date |
|---|---|---|
| | COD | 5/29/2024 |

| Quantity | Description | Price Each | Amount |
|---|---|---|---|
| | America First Foundation Detroit June 15, 2024 | | |
| 1 | Main Production:  $286,350 equip + $106,923.75 labor = $393,273.75.  Discount $70,737.50.  Total:  $322,536.25.  Paid: $55,000.  Remaining balance:  $267,536.25.  DEPOSIT DUE: $133,768.13 | 133,768.13 | 133,768.13 |
| 1 | Afterglow & Food Area  $9456.80 equip + $3,342.50 labor = $12,799.30.  Discount $2,364.20.  Total:  $10,435.10.  DEPOSIT DUE: $5,217.55 | 5,217.55 | 5,217.55 |
| 1 | Catering and Entrance Tents | 2,850.00 | 2,850.00 |
| 1 | Venue | 22,000.00 | 22,000.00 |
| | This invoice due upon receipt. | | |
| | Remaining balance with be invoiced after the event and due NET 30 days after event (July 15, 2024) | | |

ACH Preferred:
Routing#": ▨▨▨▨
Ck Act #: ▨▨▨▨
Huntington Bank

**Total**          $163,835.68