Case 2:24-cv-12684-DPH-DRG   ECF No. 18-5, PageID.278   Filed 04/02/26   Page 1 of 17



**Kory Miller <kory@showreadytech.com>**

---

# Russell Industrial

9 messages

---

**Russell Event Center <therusselldetroit@gmail.com>**
To: "kory@showreadytech.com" <kory@showreadytech.com>

Tue, Mar 19, 2024 at 1:45 PM

Hi Kory,

It was great speaking with you, here's the information that I need from you so I can get you the estimate.

Company Name
Address
Load In: June 14th time?
Event : June 15th start time       /      end time?
How many guests are you expecting?
Open Bar or Cash Bar?
What type of event?

--
Assistant Event Manager
Russell Event Center
Phone: (313)782-4161
Box Office: (313)782-4168
Fax: (313)782-4169
http://therusselldetroit.com/

---

**Kory Miller <kory@showreadytech.com>**
To: Russell Event Center <therusselldetroit@gmail.com>

Tue, Mar 19, 2024 at 1:52 PM

Company Name- Show Ready Technologies
Address- 3175 Ridgeway Ct, Commerce Charter Twp, MI 48390
Load In: June 14 time? 8am- 10pm
Event : June 15th start time 9am / end time? 2am
How many guests are you expecting? 1500
Open Bar or Cash Bar? TBD
What type of event? Private Event/ Speaking engagement with seated dinner

Kory Miller

Director of Business Development

248-238-0802

Kory@ShowReadyTech.com

ShowReadyLive.com

ShowReadyTech.com



[Quoted text hidden]

---

**Russell Event Center** <therusselldetroit@gmail.com>                    Tue, Mar 19, 2024 at 7:31 PM
To: Kory Miller <kory@showreadytech.com>

Hi Kory,

Attached you will find a copy of the estimate and contract , if you have any questions please let me know.

Thank you!
Karen Addsion
313-727-6786
[Quoted text hidden]

**2 attachments**

📊 **Show Ready Technologies  Schedule A.xlsx**
13K

📄 **Show Ready Technologies Contract.docx**
560K

---

**Kory Miller** <kory@showreadytech.com>                    Tue, Mar 19, 2024 at 7:33 PM
To: Deborah Kanter <deb@showreadytech.com>, Paul James <paul@showreadytech.com>

Russel rental contract

Kory Miller

Director of Business Development

248-238-0802

Kory@ShowReadyTech.com

ShowReadyLive.com

ShowReadyTech.com



[Quoted text hidden]

**2 attachments**

📊 **Show Ready Technologies  Schedule A.xlsx**
13K

📄 **Show Ready Technologies Contract.docx**
560K





---------- Forwarded message ---------
From: **Russell Event Center** <therusselldetroit@gmail.com>
Date: Tue, Mar 19, 2024 at 7:31 PM
Subject: Re: Russell Industrial
To: Kory Miller <kory@showreadytech.com>

[Quoted text hidden]
[Quoted text hidden]

---

**2 attachments**

　**Show Ready Technologies  Schedule A.xlsx**
　13K

　**Show Ready Technologies Contract.docx**
　560K

Case 2:24-cv-12684-DPH-DRG   ECF No. 18-5, PageID.281   Filed 04/02/26   Page 4 of 17

**Kory Miller** <kory@showreadytech.com>                      Wed, Mar 20, 2024 at 11:40 AM
To: Russell Event Center <therusselldetroit@gmail.com>

Thanks for sending Karen. We have a meeting tonight to discuss and should have all details and questions finalized by Friday. We are in! We just need to hammer out a few internal details that could change the quote up a little bit.

Looking forward to working with you on this event!


Kory Miller

Director of Business Development

248-238-0802

Kory@ShowReadyTech.com

ShowReadyLive.com

ShowReadyTech.com



[Quoted text hidden]

---

**Russell Event Center** <therusselldetroit@gmail.com>              Mon, Mar 25, 2024 at 1:49 PM
To: Kory Miller <kory@showreadytech.com>

Hi,

Here is the information needed to wire transfer to Clay Street Entertainment:

Bank Name:  Comerica Bank 645 Griswold Suite 70, Detroit, MI  48226

Account Name:  Clay Street Entertainment
Routing #:   072000096
Account #:   1852611928
[Quoted text hidden]

---

**Kory Miller** <kory@showreadytech.com>                          Mon, Mar 25, 2024 at 1:50 PM
To: Deborah Kanter <deb@showreadytech.com>, Paul James <paul@showreadytech.com>

ACH info for The Russell below.


Kory Miller

Director of Business Development

248-238-0802

Kory@ShowReadyTech.com

ShowReadyLive.com

ShowReadyTech.com

Case 2:24-cv-12684-DPH-DRG   ECF No. 18-5, PageID.282   Filed 04/02/26   Page 5 of 17



---------- Forwarded message ---------
From: **Russell Event Center** <therusselldetroit@gmail.com>
Date: Mon, Mar 25, 2024 at 1:50 PM
Subject: Re: Russell Industrial
To: Kory Miller <kory@showreadytech.com>

[Quoted text hidden]

---

**Kory Miller** <kory@showreadytech.com>                    Mon, Mar 25, 2024 at 1:50 PM
To: Russell Event Center <therusselldetroit@gmail.com>

Thank you!

Kory Miller

Director of Business Development

248-238-0802

Kory@ShowReadyTech.com

ShowReadyLive.com

ShowReadyTech.com



[Quoted text hidden]

---

**Kory Miller** <kory@showreadytech.com>                    Fri, Jun 14, 2024 at 12:10 PM
To: Deborah Kanter <deb@showreadytech.com>

Kory Miller

Director of Business Development

248-238-0802

Kory@ShowReadyTech.com

ShowReadyLive.com

ShowReadyTech.com

Case 2:24-cv-12684-DPH-DRG   ECF No. 18-5, PageID.283   Filed 04/02/26   Page 6 of 17



Kory Miller <kory@showreadytech.com>

## Deposit- ACH June 15, 2024 Event
2 messages

**Deborah Kanter** <deb@showreadytech.com>                                    Sat, Mar 30, 2024 at 4
To: Karen Addsion <therusselldetroit@gmail.com>
Cc: Paul James <paul@showreadytech.com>, Kory Miller <kory@showreadytech.com>

Hi Karen,

Below is confirmation of the Deposit via ACH.  Please confirm receipt of this email and let me know when it is received on your end.  Please also forward an invoice noting the payment of the deposit to me.

To confirm our event date is Sat, June 15, 2024.  We may need two days of set up, Thur, June 13 and Fri, June 14, 2024 which we can discuss further during our site visit on Wed, April 3 at 10am..

As the agency/production company of record for our client, we are handling all payments to you directly on their behalf and we ask that information pertaining to fees only discussed with me o Paul James, VP/Director of Technology or Kory Miller Direct of Business Development.

| Payee | Send On | Deliver By | Amount | Memo | Confirmation |
|---|---|---|---|---|---|
| **Clay Street Entertainment** (*1928) Payee Code: 202 | 04/01/2024 | 04/03/2024 | $7,198.00 | dep ShowReady | 000019369 |

**Total: $7,198.00**

We look forward to meeting you Wednesday and working with you
on our event.

Kind regards,

Deborah  (Deb) Kanter

Owner / President

1-248-891-9955

Deb@ShowReadyTech.com

ShowReadyLive.com

ShowReadyTech.com



---

**Russell Event Center** <therusselldetroit@gmail.com>                       Sat, Mar 30, 2024 at 6:06 PM
To: Deborah Kanter <deb@showreadytech.com>, Niko Matsamakis <mniko12@gmail.com>
Cc: Paul James <paul@showreadytech.com>, Kory Miller <kory@showreadytech.com>

Hi Deborah,

I forward your information to the accounting department, I'll be out of town next week.
Please reach out to my assistance Dwon Manson @502-498-6522 he will assist you with the walk through and the  General Manager Niko Matsamakis can meet with you in regards to the open bar pricing 313-330-4543.

Thank you!
Karen Addison

[Quoted text hidden]

--
Assistant Event Manager
Russell Event Center
Phone: (313)782-4161
Box Office: (313)782-4168
Fax: (313)782-4169
http://therusselldetroit.com/



Kory Miller <kory@showreadytech.com>

## Event Questions- Show Ready Technologies
8 messages

---

**Kory Miller** <kory@showreadytech.com>                   Thu, Apr 4, 2024 at 9:20 AM
To: Won <wonwonmanson@gmail.com>, Niko Matsamakis <mniko12@gmail.com>, Russell Event Center
<therusselldetroit@gmail.com>

Good Morning Russel Team!


Bar Service:
How many servers will you provide?
Do you provide all garnishes?
Do you provide all glassware?

The contract has the event time of 9p - 2a.  We need this to be updated with doors opening at 4p.

What is the cost for adding  the additional day of set up for Thursday?

Can we place a tent in the parking lot?  Are there any restrictions?  Permits required? other. This would be in the area
through the doors into the courtyard like area.

What type of clean up, if any, do you provide prior to the event?

There's a parking fee of $20 p/ vehicle. Is this for "valet" or is there a parking fee for self parking?

Thank you,


Kory Miller

Director of Business Development

248-238-0802

Kory@ShowReadyTech.com

ShowReadyLive.com

ShowReadyTech.com



---

**Won** <wonwonmanson@gmail.com>                   Thu, Apr 4, 2024 at 10:05 AM
To: Kory Miller <kory@showreadytech.com>

I received your email give me min and I will get back with you wit your concerns..
[Quoted text hidden]

---

**Kory Miller** <kory@showreadytech.com>                   Fri, Apr 5, 2024 at 10:45 AM
To: Won <wonwonmanson@gmail.com>

Following up on the below. Also are we able to use your scissor lift?

Kory Miller

Director of Business Development

248-238-0802

Kory@ShowReadyTech.com

ShowReadyLive.com

ShowReadyTech.com



[Quoted text hidden]

---

**Kory Miller** <kory@showreadytech.com>                                Mon, Apr 8, 2024 at 5:06 PM
To: Won <wonwonmanson@gmail.com>, Niko Matsamakis <mniko12@gmail.com>, Russell Event Center
<therusselldetroit@gmail.com>

Hello Team,

Just some updates that we could please have on the contract. Thank you!

Event Sat, June 15, 2024.  Doors open:  4:30pm  / End June 16, 2024 2:00am

Load in/set up:  Thur, June 13 8am-10pm, Fri, June 14 8am - 10pm

Thank you,

Kory Miller

Director of Business Development

248-238-0802

Kory@ShowReadyTech.com

ShowReadyLive.com

ShowReadyTech.com



[Quoted text hidden]

---

**Russell Event Center** <therusselldetroit@gmail.com>                      Tue, Apr 9, 2024 at 12:11 PM
To: Kory Miller <kory@showreadytech.com>
Cc: Won <wonwonmanson@gmail.com>, Niko Matsamakis <mniko12@gmail.com>

Hi Kory,

I'm back from vacation, sorry about the delay, If you have any other questions please let me know.  ☺

Case 2:24-cv-12684-DPH-DRG   ECF No. 18-5, PageID.286   Filed 04/02/26   Page 9 of 17

Bar Service:
How many servers will you provide? 20 bar servers
Do you provide all the garnishes? No, If you want garnishes it will be an additional charge.
Do you provide all the glassware? I'll check on ordering nice plastic wear.

The contract has the event time of 9p - 2a. We need this to be updated with doors opening at 4p. No problem

What is the cost for adding the additional day of set up for Thursday? $1,000.00

Can we place a tent in the parking lot? Yes Are there any restrictions? No Permits required? No other. This would be in the area through the doors into the courtyard like area.

What type of clean up, if any, do you provide prior to the event? Yes

There's a parking fee of $20 p/ vehicle. Yes  Is this for "valet" or is there a parking fee for self parking? Self Park

[Quoted text hidden]

--
Assistant Event Manager
Russell Event Center
Phone: (313)782-4161
Box Office: (313)782-4168
Fax: (313)782-4169
http://therusselldetroit.com/

---

**Kory Miller** <kory@showreadytech.com>        Tue, Apr 9, 2024 at 12:49 PM
To: Deborah Kanter <deb@showreadytech.com>, Paul James <paul@showreadytech.com>

Below from The Russel

Kory Miller

Director of Business Development

248-238-0802

Kory@ShowReadyTech.com

ShowReadyLive.com

ShowReadyTech.com



[Quoted text hidden]

---

**Kory Miller** <kory@showreadytech.com>        Wed, Apr 10, 2024 at 9:44 AM
To: Russell Event Center <therusselldetroit@gmail.com>
Cc: Niko Matsamakis <mniko12@gmail.com>, Won <wonwonmanson@gmail.com>

Thank you, Karen. I will reach out with any additional questions. We are firming up bar options, hopefully by this week or next week.

Kory Miller

Director of Business Development

248-238-0802

Case 2:24-cv-12684-DPH-DRG  ECF No. 18-5  PageID.287  Filed 04/02/26  Page 10 of 17

Kory@ShowReadyTech.com

ShowReadyLive.com

ShowReadyTech.com



[Quoted text hidden]

---

**Russell Event Center** <therusselldetroit@gmail.com>                                    Wed, Apr 10, 2024 at 11:34 AM
To: Kory Miller <kory@showreadytech.com>
Cc: Niko Matsamakis <mniko12@gmail.com>, Won <wonwonmanson@gmail.com>

Hello Kory,

I'll be looking forward to hearing from you.

Have a great week!
Karen Addison



Kory Miller <kory@showreadytech.com>

## Kristina's Catering/ Show Ready Tech

3 messages

---

**Kory Miller** <kory@showreadytech.com>                Tue, May 7, 2024 at 12:37 PM
To: Russell Event Center <therusselldetroit@gmail.com>, nicole@kristinascatering.com

Hi Karen!

I have added Nicole to this email from Kristina's Catering. They will be providing food for our upcoming event in June.

Nicole would like to do another site visit to firm up some logistics. If you can please coordinate with her so she can come by the space.

Thank you,

Kory Miller

Director of Business Development

248-238-0802

Kory@ShowReadyTech.com

ShowReadyLive.com

ShowReadyTech.com



---

**Russell Event Center** <therusselldetroit@gmail.com>        Tue, May 7, 2024 at 1:57 PM
To: Kory Miller <kory@showreadytech.com>
Cc: nicole@kristinascatering.com

Hi Kory,

I'm available Thursday May 15th 1pm, let me know if that works for you.

Thank you!
Karen Addison
[Quoted text hidden]
--
Assistant Event Manager
Russell Event Center
Phone: (313)782-4161
Box Office: (313)782-4168
Fax: (313)782-4169
http://therusselldetroit.com/

---

**Nicole Smith** <nicole@kristinascatering.com>            Tue, May 7, 2024 at 3:17 PM
To: Russell Event Center <therusselldetroit@gmail.com>
Cc: Kory Miller <kory@showreadytech.com>

Hi Karen:

Is there any way we could swing by tomorrow at say 1pm. I just need to measure a few things and walk the space one more time?

[Quoted text hidden]

Case 2:24-cv-12684-DPH-DRG   ECF No. 18-5, PageID.290   Filed 04/02/26   Page 13 of 17



Kory Miller <kory@showreadytech.com>

## Questions from Show Ready

3 messages

**Kory Miller** <kory@showreadytech.com>                          Wed, May 22, 2024 at 4:07 PM
To: Russell Event Center <therusselldetroit@gmail.com>
Cc: Deborah Kanter <deb@showreadytech.com>, Paul James <paul@showreadytech.com>

Karen,

So nice to speak with you today.  As promised here are the items I had questions/ we discussed.

Bar-Cash bar for this event

Security- We will run pat-downs in the parking lot tent and guests will then move into the venue immediately to the right room to grab credentials

Bike-rack- If you can please provide how much of this you have on hand at the venue that we can utilize

Internet- If you can please provide the up and down speed along with the location in the venue that we are able to hardwire in

I think that should cover it for now!

Thank you,


Kory Miller

Director of Business Development

248-238-0802

Kory@ShowReadyTech.com

ShowReadyLive.com

ShowReadyTech.com



**Kory Miller** <kory@showreadytech.com>                          Tue, May 28, 2024 at 12:14 PM
To: Russell Event Center <therusselldetroit@gmail.com>
Cc: Deborah Kanter <deb@showreadytech.com>, Paul James <paul@showreadytech.com>

Hi Karen,

Putting this back to the top of your inbox. I know you are coming off a crazy weekend with Movement! I hope everything went smoothly. Please let me know when you can answer the questions we have.

Thank you,


Kory Miller

Director of Business Development

Case 2:24-cv-12684-DPH-DRG   ECF No. 18-5, PageID.291   Filed 04/02/26   Page 14 of 17

248-238-0802

Kory@ShowReadyTech.com

ShowReadyLive.com

ShowReadyTech.com



[Quoted text hidden]

---

**Kory Miller** <kory@showreadytech.com>         Mon, Jun 3, 2024 at 1:01 PM
To: Russell Event Center <therusselldetroit@gmail.com>

Questions below.

Kory Miller

Director of Business Development

248-238-0802

Kory@ShowReadyTech.com

ShowReadyLive.com

ShowReadyTech.com



On Wed, May 22, 2024 at 4:07 PM Kory Miller <kory@showreadytech.com> wrote:
[Quoted text hidden]



Kory Miller <kory@showreadytech.com>

# Russell Event Stage Build Requirements

2 messages

**Kory Miller** <kory@showreadytech.com>                                          Tue, Jun 4, 2024 at 8:41 AM
To: "ArturoDjshadow@gmail.com" <ArturoDjshadow@gmail.com>
Cc: Paul James <paul@showreadytech.com>, Deborah Kanter <deb@showreadytech.com>

Arturo,

It was a pleasure speaking with you yesterday. Here are the requirements we will need for the stage.

6/12/24- 9am stage fully disassembled and out of way to allow load in
6/13/24- Stage fully assembled on opposite side of venue by 1pm
6/17/24- 9am stage fully disassembled to allow load out

As discussed, the total will be $1500 for this job. Please let me know if you have any questions.

Thank you,

Kory Miller

Director of Business Development

248-238-0802

Kory@ShowReadyTech.com

ShowReadyLive.com

ShowReadyTech.com



**Kory Miller** <kory@showreadytech.com>                                          Tue, Jun 4, 2024 at 2:47 PM
To: Russell Event Center <therusselldetroit@gmail.com>
Cc: Paul James <paul@showreadytech.com>, Deborah Kanter <deb@showreadytech.com>, "ArturoDjshadow@gmail.com"
<arturodjshadow@gmail.com>

Hi Karen,

Adding you to this email with confirmation of what I discussed with Arturo and building the stage/ taking it down.

Thank you,
\

Kory Miller

Director of Business Development

248-238-0802

Kory@ShowReadyTech.com

ShowReadyLive.com



Kory Miller <kory@showreadytech.com>

## Russell Industrial Invoice 6/15/2024

2 messages

**Russell Event Center** <therusselldetroit@gmail.com>                    Wed, Jun 12, 2024 at 11:39 AM
To: Kory Miller <kory@showreadytech.com>

PROSTAR Security proposes the following rates for security services. These rates include all insurances, payroll, and payroll taxes for the employees. Prostar carries $5M in general liability coverage as well, and only requires a four-hour minimum shift.

Please review the following.

Unarmed Security Officer                              $23.50 per hour

Unarmed Security Supervisor                          $25.50 per hour

Unarmed Event Manager                                $27.50 per hour

Proposed schedule provided by client.

June 15th, 2024, Corporate Event

4 Officers front door-330pm to 2am
2 Officers at the stage-330pm to 2am
1 officer at the smoking section-330pm to 2am
1 officer at the behind stage door-330pm to 2am
2 officers' roaming/relief-330pm to 2am
1supervisor-330pm to 2am

Total Hours: Guard Hours 105.0 hrs. Supervisor 10.5 hrs.
Total Cost: $2,735.25

--
Assistant Event Manager
Russell Event Center
Phone: (313)782-4161
Box Office: (313)782-4168
Fax: (313)782-4169
http://therusselldetroit.com/

 **Show Ready Technologies  Schedule A.xlsx**
15K

Case 2:24-cv-12684-DPH-DRG   ECF No. 18-5, PageID.294   Filed 04/02/26   Page 17 of 17

**Kory Miller** <kory@showreadytech.com>
To: Deborah Kanter <deb@showreadytech.com>

Wed, Jun 12, 2024 at 11:40 AM

Kory Miller

Director of Business Development

248-238-0802

Kory@ShowReadyTech.com

ShowReadyLive.com

ShowReadyTech.com



[Quoted text hidden]

📑 **Show Ready Technologies  Schedule A.xlsx**
15K