# Re: Topics/notes for upcoming meeting

From    Kory Miller <kory@showreadytech.com>

To      contact@americafirstfoundation.org

Date    Monday, April 22nd, 2024 at 1:02 PM

Secure transport
4 armed security
Detroit Foundation Hotel
6/15


Kory Miller

Director of Business Development

248-238-0802

Kory@ShowReadyTech.com

ShowReadyLive.com

ShowReadyTech.com



On Mon, Apr 22, 2024 at 3:01PM <contact@americafirstfoundation.org> wrote:
  As requested –

  - 16:9 back wall, Side screens same height as the main back screen

  - Rendering our videos in 4k resolution (**3840 x 2160)**

  - What is the cheapest option for repeater screens (front projection, 86in screen, etc)

  - 3.9mm or 2.6mm LED wall panels - want a comparison between both options if you guys have one

  - General lighting/audio questions

  - Event Security (what are our options, what does the venue provide)

Best regards,
Jasiah Helm