UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

America First Foundation,

                  Plaintiff(s),

v.                                     Case No. 2:24–cv–12684–DPH–DRG
                                     Hon. Denise Page Hood

Clay Street Entertainment, LLC,

                  Defendant(s),

## NOTICE OF MOTION HEARING

You are hereby notified to appear before District Judge Denise Page Hood at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan.  Please report to Room 218.  The following motion(s) are scheduled for hearing:

Motion for Summary Judgment – #16
Motion for Summary Judgment – #18

• MOTION HEARING:  June 10, 2026 at 02:00 PM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

By: s/L. Saulsberry
Case Manager

Dated:  April 10, 2026