UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMERICA FIRST FOUNDATION,

                PLAINTIFF,        Case No. 24-cv-12684

-vs-                            Hon. DENISE PAGE HOOD

CLAY STREET ENTERTAINMENT,
LLC,

                DEFENDANT,

_____/

## <u>INDEX OF EXHIBITS</u>

A. Affidavit of Niko Matsamakis
B. Affidavit of Karen Addison
C. Emails between Show Ready, America First and Showtime Security