UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMERICA FIRST FOUNDATION,

PLAINTIFF,  Case No. 24-cv-12684

-vs-  Hon. DENISE PAGE HOOD

CLAY STREET ENTERTAINMENT,
LLC,

DEFENDANT,

_____/

AFFIDAVIT OF NIKO MATSAMAKIS

State of Michigan }
}
County of Wayne }

1. I am employed at Clay Street Entertainment, LLC as the Building Manager for Russell Industrial Center.

2. I was employed in that capacity in 2024.

3. I was told by Kory Miller of Show Ready Technologies, Inc, that the event planned for June 15, 2024, was a corporate event.

4. With a few exceptions for organizations with which we have had a long standing business relationship, we provide security for all events at the Russell Center through ProStar Security.

5. Normally we would provide 15-20 guards for an event the size of the planned Show Ready event. However, I was told by Korey Miller that because of the nature of the attendees, middle-aged businessmen, no more than 10 guards would be needed.

6. Except as noted above, we do not allow licensees to provide additional private security for liability reasons.

7. In the few instances where additional security if provided, we insist that the additional security consult with ProStar and ProStar be the lead agency in charge of overall security.

8. We do not allow armed security on the premises.

9. On Thursday June 13, 2024, I was made aware that off-duty Detroit Police Officers were hired to provide armed security at the event.

10. I spoke with Kory Miller about this fact and demanded clarification regarding the identity of Show Ready's client for the June 15, 2024, event.

11. Mr. Miller stated alternately that the event was a corporate event and that it involved a religious group.

12. Only upon further pressing did Mr. Miller revealed that Show Ready's client was America First Foundation.

13. That evening I researched America First Foundation. I learned of their far-right leanings and their white nationalist identity.

14. At this time, I also noted that tenants had begun posting on our Facebook page and planning protest at the event.

15. Due to the above facts, in combination with warnings from the armed security hired either by America First Foundation or Show Ready which were relayed to me, I became concerned about violence at the event.

16. Later that night, June 13, 2024, I called Kory Miller of Show Ready and discussed his mischaracterization of the nature of the event and his prior request to downsize security.

17. As of the morning of June 14, 2024, Show Ready had not paid the balance of its invoice.

18. In consultation with others, I decided to cancel the event and informed Show Ready of this fact the morning of June 14, 2024.

19. Show Ready and their client refused to vacate the building, and it was necessary to call the Detroit Police Department to evict them.

20. Had I been aware of the controversial nature of the event, I would not have allowed it to be booked due to concerns of violence.

21. The Russell Industrial Center does not have a history of booking political events and I would not have allowed an event of this nature to be booked in order to protect the reputation of the Russell Industrial Center and its existing business relationships.

22. The Russell Industrial Center has numerous employees who identify as members of minority groups. The Russell Industrial Center values these employees and would not have allowed its premise to be used by a group that espouses white supremacy.

_____
Niko Matsamakis

Signed and sworn to before me
On this 13th day of _April_ 2026
Notary Public, _Macomb_ County, MI
My Commission expires on __10/28/2030__ _Vilay Menorath_



VILAY MENORATH
Notary Public, State of Michigan
County of Macomb
My Commission Expires 10-28-2030
Acting in the County of _Wayne_