UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMERICA FIRST FOUNDATION,

PLAINTIFF,                      Case No. 24-cv-12684

-vs-                              Hon. DENISE PAGE HOOD

CLAY STREET ENTERTAINMENT,
LLC,

DEFENDANT,
_____/

<u>AFFIDAVIT OF KAREN ADDISON</u>

State of Michigan }
                  }
County of Wayne }

1. I am employed at Clay Street Entertainment, LLC as the events manager for Russell Industrial Center.

2. I was employed as assistant events manager in 2024.

3. I was contacted by Kory Miller of Show Ready Technologies, Inc, about the possibility of hosting an event planned for June 15, 2024.

4. I was told this was a corporate event with a motivational speaker and that it would be professional attendees and that limited security was necessary.

5. I participated in a walkthrough of the facility with Mr. Miller on March 15, 2024. Show Ready's client was present at that walk through. I was likely introduced to their client, but there was no discussion of politics, and I did not recognize Mr. Fuentes as a celebrity or controversial figure.

6. On June 13, 2024, I noticed individuals who I recognized as Detroit police officers at the Russell Industrial Center.

7. When I asked the Detroit police officers why they were at Russell, they replied that they were there to prepare to provide security for the June 15, 2024, event.

8. I asked them why this would be necessary, as it was a corporate event and I was told minimal security was necessary.

9. One of the officers informed me that the event featured Nick Fuentes. They informed me of the controversial nature of Mr. Fuentes and America First Foundation and the possibility of protesters and violence at the event.

10. That day, Niko Matsamakis and I discussed our concerns with management. We also became aware that there was significant discussion on social media regarding Mr. Fuentes use of our facility

11. That night, June 13, 2024, I reached out to Kory Miller by text. I was concerned about the event. I directly asked him to identify his client.

12. Mr. Miller responded that the client was America First.

13. I discussed this information with management and was part of the decision to cancel the event.

14. Had I known the political nature of the event when approached by Show Ready I would not have booked the event.

15. Mr. Fuentes has espoused views on racial matters that would have made our staff uncomfortable, and I would not have exposed them to his statements during any speech he would give at Russell.

Karen Addison

Signed and sworn to before me
On this 13th day of April 2026
Notary Public, Macomb County MI
My Commission expires on 10/28/2030

Vilay Menorath



VILAY MENORATH
Notary Public, State of Michigan
County of Macomb
My Commission Expires 10-28-2030
Acting in the County of Wayne