## Re: The Russell Event

---

| | |
|---|---|
| From | SHOWTIME SECURITY <showtime.secure@yahoo.com> |
| To | contact@americafirstfoundation.org, Kory Miller<kory@showreadytech.com> |
| Date | Tuesday, May 7th, 2024 at 5:57 AM |

---

Good morning and thank you, Kory.

Mr. Helm,
I will be reaching out to you no later than noon today.


Regards,


*Dr. Kelley Mays*
*CEO/Owner*
*Showtime Security, LLC*
*(313) 422.3411*


On Monday, May 6, 2024 at 06:25:05 PM EDT, Kory Miller <kory@showreadytech.com> wrote:


Officer Kelly,

I have copied Jasiah Helm on this email from AFF. I think it would be best for the two of you to connect on further details and to be able to lock down your services. I will let you two take it from here.

Thank you,

Kory Miller

Director of Business Development

248-238-0802

Kory@ShowReadyTech.com

ShowReadyLive.com

ShowReadyTech.com



On Mon, May 6, 2024 at 9:00 AM SHOWTIME SECURITY <showtime.secure@yahoo.com> wrote:

Oh, I'm sorry. I thought more officers were needed.

If you all go with a total of 5 officers, that would be $1000 for each officer.

Total - $5,000.

This includes 1 officer assigned to Mr. Fuentes ONLY, with the transport.
And 4 officers roaming the event.


Sent from Yahoo Mail for iPhone


On Monday, May 6, 2024, 8:30 AM, Kory Miller <kory@showreadytech.com> wrote:

Just to clarify we would only need 4 roaming officers at the event and 1 officer with Nick at all times. If you can please provide the cost with those numbers.

Thank you!

Kory Miller

Director of Business Development

248-238-0802

Kory@ShowReadyTech.com

ShowReadyLive.com

ShowReadyTech.com

On Mon, May 6, 2024 at 8:25 AM SHOWTIME SECURITY <showtime.secure@yahoo.com> wrote:

Yes.

Sent from Yahoo Mail for iPhone

On Monday, May 6, 2024, 8:17 AM, Kory Miller <kory@showreadytech.com> wrote:

That would also include the transport from the hotel to the venue?

Kory Miller

Director of Business Development

248-238-0802

Kory@ShowReadyTech.com

ShowReadyLive.com

ShowReadyTech.com



On Mon, May 6, 2024 at 8:07 AM SHOWTIME SECURITY <showtime.secure@yahoo.com> wrote:

The total would be $9,000.

Which would include:
1 EP Officer assigned to Mr. Fuentes ONLY
8 Roaming Officers at the event
(9 total Officers)

Sent from Yahoo Mail for iPhone

On Monday, May 6, 2024, 7:33 AM, Kory Miller <kory@showreadytech.com> wrote:

Thank you for the update!

Could you provide me with a total cost for the event based on the event requirements and the rate you provided?

Kory Miller

Director of Business Development

248-238-0802

Kory@ShowReadyTech.com

ShowReadyLive.com

ShowReadyTech.com



On Mon, May 6, 2024 at 1:58 AM SHOWTIME SECURITY <showtime.secure@yahoo.com> wrote:

Hi Kory,

All of the officers that will be provided for the AFF event are either current or retired law enforcement officers. This being said - all of them will be armed. They would not feel comfortable working an event without their weapon; however, these officers are highly skilled and trained in executive protection, verbal de-escalation, control techniques, and the legal compliance of on & off-duty officers and citizens' rights.

A threat assessment and information have been gathered on Nick Fuentes, including his occupation, affiliations, and any known threats or incidents. Due to the controversial issues, the high-profile attendees, and the increased risks associated with this event, the hourly rate for each officer is $100.

If this rate is accepted, I will request a walk-through of The Russell to assess the area/layout and identify any vulnerabilities within the location. I will also collaborate with local on-duty law enforcement officers (Detroit Police) in case a serious incident arises.

I look forward to hearing from you soon.

Regards,
Kelley


*Dr. Kelley Mays*
*CEO/Owner*
*Showtime Security, LLC*

*(313) 422.3411*